

December 4, 2013

Re:    *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705
      *NCUA v. Wachovia Capital Markets LLC*, No. 13-cv-6719
      *NCUA v. RBS Securities, LLC*, No. 13-cv-6726
      *NCUA v. Barclays Capital Inc.*, No. 13-cv-6727
      *NCUA v. UBS Securities, LLC*, No. 13-cv-6731
      *NCUA v. Credit Suisse Securities (USA) LLC*, No. 13-cv-6736

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Cote:

      In accordance with the Court's November 21, 2013 Scheduling Order, the parties in the above-captioned actions write to inform the Court that they have reached agreement regarding a schedule for the production of loan tapes. The schedule to which the parties have agreed is as follows:

      (1) Each defendant will produce what it reasonably believes to be final loan tapes for the offerings at issue in that defendant's case that have already been produced by that defendant in another residential mortgage-backed securities ("RMBS") action within two business days after a protective order is entered by the Court in these actions, but not before December 10, 2013.

      (2) Each defendant will produce what it reasonably believes to be final loan tapes for the offerings at issue in that defendant's case that have not already been produced by that defendant in another RMBS action to the extent the defendant has identified any such loan tapes in its possession, custody, or control, after a reasonable search by December 20, 2013. If a defendant is unable to locate what it reasonably believes to be a final loan tape in its possession, custody, or control for any such offering by December 20, 2013, it will so indicate on that date. With the exception of one loan tape for one offering, defendants in the above captioned cases have informed NCUA that they have located what they currently believe to be the final loan tapes for each of the offerings at issue.

      (3) For any offering for which defendants have not produced a final loan tape in accordance with paragraphs (1) and (2) above, plaintiff can pursue, by means of subpoena or otherwise, such loan tapes from non-parties, who were identified to plaintiff by defendants on November 21, 2013, and defendants will provide the appropriate consents to those non-parties if needed. Plaintiff will report to the Court (and seek its assistance if necessary) with respect to loan tapes in the possession of non-parties by January 17, 2014.

Approved.
*Denise Cote*
12/5/13

Respectfully submitted,

| | |
|---|---|
| /s/ Erik Haas<br>Erik Haas<br>Peter W. Tomlinson<br>Philip R. Forlenza<br>Michelle W. Cohen<br>PATTERSON BELKNAP WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 336-2000<br>Fax: (212) 336-2222<br>ehaas@pbwt.com<br>pwtomlinson@pbwt.com<br>pforlenza@pbwt.com<br>mcohen@pbwt.com | David C. Frederick<br>Wan J. Kim<br>Gregory G. Rapawy<br>Andrew C. Shen<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>Sumner Square<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>Tel: (202) 326-7900<br>Fax: (202) 326-7999<br>dfrederick@khhte.com<br>wkim@khhte.com<br>grapawy@khhte.com<br>ashen@khhte.com |
| David H. Wollmuth<br>Frederick R. Kessler<br>Steven S. Fitzgerald<br>Ryan A. Kane<br>WOLLMUTH MAHER & DEUTSCHE LLP<br>500 Fifth Avenue, 12th Floor<br>New York, NY 10110<br>Tel.: (212) 382-3300<br>Fax: (212) 382-0050<br>dwollmuth@wmd-law.com<br>fkessler@wmd-law.com<br>sfitzgerald@wmd-law.com<br>rkane@wmd-law.com | George A. Zelcs<br>KOREIN TILLERY LLC<br>205 North Michigan Avenue, Suite 1950<br>Chicago, IL 60601<br>Tel: (312) 641-9760<br>Fax: (312) 641-9751<br>gzelcs@koreintillery.com<br><br>Stephen M. Tillery<br>Greg G. Gutzler<br>Peter H. Rachman<br>Robert L. King<br>KOREIN TILLERY LLC<br>505 North Seventh Street, Suite 3600<br>St. Louis, MO 63101<br>Tel: (314) 241-4844<br>Fax: (314) 241-3525<br>stillery@koreintillery.com<br>ggutzler@koreintillery.com<br>rking@koreintillery.com |

*Attorneys for Plaintiff National Credit Union Administration Board*

| | |
|---|---|
| /s/ Michael T. Reynolds (with permission)<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel: (212) 474-1000<br>Fax: (212) 474-3700<br>rclary@cravath.com<br>jnorth@cravath.com<br>rstark@cravath.com<br>mreynolds@cravath.com<br>lmoskowitz@cravath.com<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.* | /s/ Scott D. Musoff (with permission)<br>Jay B. Kasner<br>Scott D. Musoff<br>Gary J. Hacker<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Tel: (212) 735-3000<br>Fax: (212) 735-2000<br>jay.kasner@skadden.com<br>scott.musoff@skadden.com<br>gary.hacker@skadden.com<br><br>*Attorneys for Defendant UBS Securities, LLC* |
| /s/ Jeffrey T. Scott (with permission)<br>David H. Braff<br>Jeffrey T. Scott<br>J. Brendan Day<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588<br>braffd@sullcrom.com<br>scottj@sullcrom.com<br>fritschj@sullcrom.com<br>dayb@sullcrom.com<br><br>*Attorneys for Defendant Barclays Capital Inc.* | /s/ James P. Rouhandeh (with permission)<br>James P. Rouhandeh<br>Paul S. Mishkin<br>Daniel J. Schwartz<br>Jane M. Morril<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>rouhandeh@davispolk.com<br>paul.mishkin@davispolk.com<br>daniel.schwartz@davispolk.com<br>jane.morril@davispolk.com<br><br>*Attorneys for Defendants Morgan Stanley & Co., Inc. n/k/a Morgan Stanley & Co. LLC, and Morgan Stanley Capital I Inc.* |

| | |
|---|---|
| /s/ R. Alexander Pilmer (with permission) <br> R. Alexander Pilmer, CA Bar No. 166196 <br> David I. Horowitz, CA Bar No. 248414 <br> Tammy A. Tsoumas CA Bar No. 250487 <br> KIRKLAND & ELLIS LLP <br> 333 South Hope Street <br> Los Angeles, CA  90071 <br> Telephone:  (213) 680-8400 <br> Facsimile:  (213) 680-8500 <br> alexander.pilmer@kirkland.com <br> david.horowitz@kirkland.com <br> tammy.tsoumas@kirkland.com <br><br> *Attorneys for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc. and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance Inc.* | /s/ David H. Fry (with permission) <br> David H. Fry <br> Christian K. Wrede <br> MUNGER TOLLES & OLSON LLP <br> 560 Mission Street <br> 27th Floor <br> San Francisco, CA  94105 <br> Telephone:  (415) 512-4000 <br> Facsimile:  (415) 512-4077 <br> david.fry@mto.com <br> christian.wrede@mto.com <br><br> Andrew W. Goldwater <br> FRIEDMAN KAPLAN SEILER <br>   & ADELMAN LLP <br> 7 Times Square <br> New York, NY 10036 <br> Telephone:  (212) 833-1100 <br> Facsimile:  (212) 833-1250 <br> agoldwater@fklaw.com <br><br> *Attorneys for Defendant Wachovia Capital Markets, LLC, n/k/a Wells Fargo Securities, LLC* |

cc:   Counsel of Record (via ECF) <br>
<u>Electronic Filing</u>