```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, as Liquidating Agent of          :    13 Civ. 6705 (DLC)
Southwest Corporate Federal Credit      :    13 Civ. 6719 (DLC)
Union and Members United Corporate      :    13 Civ. 6721 (DLC)
Federal Credit Union,                   :    13 Civ. 6726 (DLC)
                                        :    13 Civ. 6727 (DLC)
                        Plaintiff,      :    13 Civ. 6731 (DLC)
            -v-                         :    13 Civ. 6736 (DLC)
                                        :
MORGAN STANLEY & CO., INC. and MORGAN   :    ORDER TO SHOW CAUSE
STANLEY CAPITAL I INC.,                 :
                                        :
                        Defendants.     :
                                        :
And other NCUA cases.                   :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge

    Some of the defendants in these related actions have presented an affirmative defense based on NCUA's alleged failure to name parties that may be indispensable. E.g., Answer, ECF No. 68, Nat'l Credit Union Admin. Bd. ("NCUA") v. Morgan Stanley & Co., Inc., et al., 13 Civ. 6705 (DLC) (S.D.N.Y. filed Feb. 25, 2014); Answer, ECF No. 77, NCUA v. Goldman Sachs & Co., et al., 13 Civ. 6721 (DLC) (S.D.N.Y. filed Apr. 1, 2014); Answer, ECF No. 86, NCUA v. RBS Secs., Inc., et al., 13 Civ. 6726 (DLC) (S.D.N.Y. filed Apr. 1, 2014). Accordingly, it is hereby

ORDERED that any party may show cause by **June 13, 2014** why this Court should not set a deadline of **July 11, 2014** to join other parties in these actions.

IT IS FURTHER ORDERED that any submissions shall be limited to a 2-page single-spaced letter.

SO ORDERED:

Dated:  New York, New York
        June 2, 2014

_____
DENISE COTE
United States District Judge