```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                          Plaintiff,    :
                   -v-                  :           13cv6705 (DLC)
                                        :           13cv6721 (DLC)
GOLDMAN, SACHS & CO., et al.,           :
                                        :
                          Defendants.   :
-------------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
-------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION    :
BOARD, etc.,                            :
                          Plaintiff,    :           11cv6521 (GW)
                   -v-                  :
                                        :               ORDER
GOLDMAN, SACHS & CO., et al.,           :
                                        :
                          Defendants.   :
-------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 11/3/14 |

HON. DENISE COTE and HON. GEORGE H. WU, District Judges:

Having received the October 31, 2014 letter from Goldman, Sachs & Co., and GS Mortgage Securities Corp. (collectively "Goldman Sachs") certifying that Goldman Sachs has substantially completed its document production in the above-referenced matters, subject to discovery disputes concerning two discrete issues about which the parties are still in the process of meeting and conferring, it is hereby

ORDERED that by November 7, 2014 Goldman Sachs shall submit a status letter concerning the two discovery disputes.


Dated: <u>November 3, 2014</u>       <u>  /s/ Denise Cote              </u>
                                    United States District Judge


Dated: <u>November 3, 2014</u>       <u>  /s/ George H. Wu            </u>
                                    United States District Judge