```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                      Plaintiff,           :    13cv6705 (DLC)
              -v-                          :    13cv6719 (DLC)
                                           :    13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,              :    13cv6726 (DLC)
                                           :    13cv6727 (DLC)
                      Defendants.          :    13cv6731 (DLC)
                                           :    13cv6736 (DLC)
And other NCUA Actions.                    :
------------------------------------------X


UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------------:
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                      Plaintiff,           :    11cv2340 (JWL)
              -v-                          :    11cv2649 (JWL)
                                           :    12cv2591 (JWL)
RBS SECURITIES, INC., f/k/a GREENWICH      :    12cv2648 (JWL)
CAPITAL MARKETS, INC., et al.,             :    13cv2418 (JWL)
                                           :
                      Defendants.          :
                                           :
And other NCUA Actions.                    :
------------------------------------------X


UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION       :
BOARD, etc.,                               :
                      Plaintiff,           :    11cv5887 (GW)
              -v-                          :    11cv6521 (GW)
                                           :
RBS SECURITIES, INC., f/k/a GREENWICH      :
CAPITAL MARKETS, INC., et al.,             :    ORDER
                                           :
                      Defendants.          :
                                           :
And other NCUA Actions.                    :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/14

HON. DENISE COTE, HON. JOHN W. LUNGSTRUM, and HON. GEORGE H. WU, District Judges; and HON. JAMES P. O'HARA, Magistrate Judge:

    Having received defendants' November 14, 2014 letter regarding two discovery disputes with NCUA, it is hereby

    ORDERED that NCUA shall submit any response by November 19, 2014.

```
Dated:  November 17, 2014        /s/ Denise Cote
                                 United States District Judge


Dated:  November 17, 2014        /s/ George H. Wu
                                 United States District Judge


Dated:  November 17, 2014        /s/ John W. Lungstrum
                                 United States District Judge


Dated:  November 17, 2014        /s/ James P. O'Hara
                                 United States Magistrate Judge
```