| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

**Davis Polk**

**James P. Rouhandeh**

Davis Polk & Wardwell LLP   212 450 4835 tel
450 Lexington Avenue   212 701 5835 fax
New York, NY 10017   rouhandeh@davispolk.com

January 16, 2015

Re:   *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705 (S.D.N.Y.) (DLC) Attorney Withdrawal Application

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Cote:

This firm represents Morgan Stanley & Co., Inc. (n/k/a Morgan Stanley & Co. LLC) and Morgan Stanley Capital I Inc. (collectively, the "Morgan Stanley Defendants") in the above-referenced case.

One of the attorneys who has worked on this matter, Scott Wilcox, will be leaving the firm on January 16, 2015 and thus will no longer be serving as counsel to the Morgan Stanley Defendants. Accordingly, I respectfully request that the Court so-order this letter to instruct the docket clerk to remove Mr. Wilcox's registration as counsel of record.

Because Davis Polk & Wardwell LLP will continue to represent the Morgan Stanley Defendants, the withdrawal of Mr. Wilcox from their representation will not delay resolution of this matter.

Respectfully submitted,

/s/  James P. Rouhandeh

James P. Rouhandeh


Electronic Filing