UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NATIONAL CREDIT UNION
ADMINISTRATION BOARD, as Liquidating
Agent of Southwest Corporate Federal Credit
Union and Members United Corporate Federal
Credit Union,

                Plaintiff,

     - against -

MORGAN STANLEY & CO., INC. and
MORGAN STANLEY CAPITAL I INC.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 13-cv-6705 (DLC)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Joanna E. Geneve-Third, with the law firm of Davis Polk & Wardwell LLP, admitted to the Bar of this Court, hereby enters her appearance in this action as counsel for Defendants Morgan Stanley & Co., Inc. and Morgan Stanley Capital I Inc.

Dated:   New York, New York
            January 20, 2015

DAVIS POLK & WARDWELL LLP

/s/ Joanna E. Geneve-Third
_____

Joanna E. Geneve-Third

*Attorneys for Defendants Morgan Stanley & Co., Inc. and Morgan Stanley Capital I Inc.*