**Loan File Reunderwriting Protocol Status Report**

*Via ECF (S.D.N.Y. and C.D. Cal.) and Email (D. Kan.)*                       February 6, 2015

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

      Re:    *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.) and related actions

Dear Judges Cote, Lungstrum, Wu, and O'Hara:

      Pursuant to § (g) of the Loan File Reunderwriting Protocol ("LFRP") (ECF No. 100) and the Courts' July 14, 2014 Order (ECF No. 174) and the Courts' December 12, 2014 Order (ECF No. 230),[1] the parties respectfully submit this status report "as to identification and production by Defendant Groups and third-parties of Loan Files and Guidelines for the Sampled Loans, and as to the status of above-described stipulations."

**I.    Collection of Loan Files and Guidelines**

      **A.    Defendants' Productions of Loan Files and Guidelines.** Pursuant to §§ (b) and (c) of the LFRP, Defendants have identified the Loan Files and Guidelines for the Sampled Loans in their possession, custody, or control that they expected to produce to NCUA. Defendants in aggregate have sent approximately 200 notices to third parties seeking consent to re-produce Loan Files and Guidelines produced by third-parties in response to subpoenas in other RMBS actions. Defendants reasonably believe that they have produced all Loan Files and Guidelines for the Sampled Loans in their possession, custody, or control that they expect to produce to NCUA.[2]

      **B.    NCUA's Subpoenas for Loan Files and Guidelines.** NCUA has issued over 350 subpoenas to third-parties seeking Loan Files and Guidelines for the Sampled Loans. To

---

[1] Unless otherwise noted, ECF references are to *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.).

[2] Wachovia did not have any Loan Files for the Sampled Loans in its possession, custody, or control.

- 1 -

date, NCUA has collected loan file documents relating to approximately 24,870 of the 26,597 Sampled Loans at issue in these actions. NCUA has also collected thousands of potentially applicable underwriting guidelines. NCUA is processing, Bates stamping (if necessary), and reproducing these documents to Defendants. As of this report, NCUA has produced to Defendants all documents relating to loan files and underwriting guidelines that were produced by third parties on or before January 30, 2015, with the exception of one recent production that is still being processed. NCUA continues to meet-and-confer with numerous third-parties regarding outstanding loan files and underwriting guidelines.

NCUA expects to receive some of the missing loan files from the Residential Capital Liquidating Trust ("ResCap"). ResCap had previously informed the Courts that it expected to produce any Sampled Loans in its possession by January 30, 2015. *See* ECF No. 228. NCUA received ResCap productions of Sampled Loans on January 30, February 3, and February 5. NCUA is still cataloging the contents of ResCap's February 3 and February 5 productions, and the numbers in this report do not yet reflect any Sampled Loans produced by ResCap on those dates. If necessary, NCUA will promptly raise any issues with respect to ResCap's productions.

**C.     Defendants' Subpoena for Loan Files and Guidelines.** RBS has issued one subpoena to a third-party seeking loan files. Other Defendants have not issued subpoenas seeking loan files or underwriting guidelines.

*          *          *

Appendix 1 provides the status of the parties' efforts to collect loan files for each action. Because the parties are attempting to determine the most appropriate Guidelines for the Sampled Loans through the stipulation process, the parties are currently unable to quantify the status of the collection of Guidelines applicable to the Sampled Loans.

## II.    Stipulations Regarding Loan Files and Guidelines

Pursuant to §§ (e) and (f) of the LFRP, NCUA has proposed loan file and guideline stipulations to Barclays, Nomura, RBS, Credit Suisse, Goldman Sachs, UBS, and Morgan Stanley, and Wachovia. Appendix 2 provides the status of these stipulations. The parties will cooperate in good faith regarding these stipulations and will raise any issues with the Court.

Respectfully submitted,

/s/  David C. Frederick

| | |
|---|---|
| David C. Frederick | Erik Haas |
| Wan J. Kim | Peter W. Tomlinson |
| Gregory G. Rapawy | Philip R. Forlenza |
| Andrew C. Shen | Henry J. Ricardo |
| KELLOGG, HUBER, HANSEN, TODD, | PATTERSON BELKNAP WEBB & TYLER LLP |
|   EVANS & FIGEL, P.L.L.C. | 1133 Avenue of the Americas |
| Sumner Square | New York, NY 10036 |
| 1615 M Street, N.W., Suite 400 | Tel:  (212) 336-2000 |
| Washington, D.C. 20036 | Fax:  (212) 336-2222 |
| Tel:  (202) 326-7900 | ehaas@pbwt.com |
| Fax:  (202) 326-7999 | pwtomlinson@pbwt.com |
| dfrederick@khhte.com | prforlenza@pbwt.com |
| wkim@khhte.com | hjricardo@pbwt.com |
| grapawy@khhte.com | |
| ashen@khhte.com | David H. Wollmuth |
| | Frederick R. Kessler |
| George A. Zelcs | Steven S. Fitzgerald |
| KOREIN TILLERY LLC | Ryan A. Kane |
| 205 North Michigan Avenue, Suite 1950 | WOLLMUTH MAHER & DEUTSCH LLP |
| Chicago, IL 60601 | 500 Fifth Avenue, 12th Floor |
| Tel:  (312) 641-9750 | New York, NY 10110 |
| Fax:  (312) 641-9751 | Tel:  (212) 382-3300 |
| gzelcs@koreintillery.com | Fax:  (212) 382-0050 |
| | dwollmuth@wmd-law.com |
| Stephen M. Tillery | fkessler@wmd-law.com |
| Greg G. Gutzler | sfitzgerald@wmd-law.com |
| Robert L. King | rkane@wmd-law.com |
| KOREIN TILLERY LLC | |
| 505 North Seventh Street, Suite 3600 | Norman E. Siegel (D. Kan. # 70354) |
| St. Louis, MO 63101 | Rachel E. Schwartz (Kan. # 21782) |
| Tel:  (314) 241-4844 | STUEVE SIEGEL HANSON LLP |
| Fax:  (314) 241-3525 | 460 Nichols Road, Suite 200 |
| stillery@koreintillery.com | Kansas City, MO 64112 |
| ggutzler@koreintillery.com | Tel: (816) 714-7100 |
| rking@koreintillery.com | Fax: (816) 714-7101 |
| | siegel@stuevesiegel.com |
| | schwartz@stuevesiegel.com |

*Attorneys for Plaintiff National Credit Union Administration Board*

| | |
|---|---|
| /s/ Richard W. Clary<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  (212) 474-1000<br>Fax:  (212) 474-3700<br>rclary@cravath.com<br>jnorth@cravath.com<br>rstark@cravath.com<br>mreynolds@cravath.com<br>lmoskowitz@cravath.com<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.* | /s/ James P. Rouhandeh<br>James P. Rouhandeh<br>Paul S. Mishkin<br>Daniel J. Schwartz<br>Joanna Geneve-Third<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:  (212) 450-4000<br>Facsimile:  (212) 701-5800<br>rouhandeh@davispolk.com<br>paul.mishkin@davispolk.com<br>daniel.schwartz@davispolk.com<br>joanna.geneve-third@davispolk.com<br><br>*Attorneys for Defendants Morgan Stanley & Co., Inc. n/k/a Morgan Stanley & Co. LLC, and Morgan Stanley Capital I Inc.* |
| /s/ Jeffrey T. Scott<br>David H. Braff<br>Jeffrey T. Scott<br>Joshua Fritsch<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>braffd@sullcrom.com<br>scottj@sullcrom.com<br>fritschj@sullcrom.com<br><br>*Attorneys for Defendant Barclays Capital Inc.* | /s/ Scott D. Musoff<br>Jay B. Kasner<br>Scott D. Musoff<br>Gary J. Hacker<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Tel:  (212) 735-3000<br>Fax:  (212) 735-2000<br>jay.kasner@skadden.com<br>scott.musoff@skadden.com<br>gary.hacker@skadden.com<br><br>*Attorneys for Defendant UBS Securities, LLC* |

| | |
|---|---|
| /s/ R. Alexander Pilmer<br>R. Alexander Pilmer, CA Bar No. 166196<br>David I. Horowitz, CA Bar No. 248414<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA  90071<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br>alexander.pilmer@kirkland.com<br>david.horowitz@kirkland.com<br><br>*Attorneys for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc. and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance Inc.* | /s/ David H. Fry<br>David H. Fry<br>Christian K. Wrede<br>Hannah Shearer<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077<br>david.fry@mto.com<br>christian.wrede@mto.com<br>hannah.shearer@mto.com<br><br>Andrew W. Goldwater<br>FRIEDMAN KAPLAN SEILER<br>  & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:  (212) 833-1100<br>Facsimile:  (212) 833-1250<br>agoldwater@fklaw.com<br><br>*Attorneys for Defendant Wachovia Capital Markets, LLC, n/k/a Wells Fargo Securities, LLC* |
| /s/ Richard H. Klapper<br>Richard H. Klapper<br>William B. Monahan<br>Peter A. Steciuk<br>Mark S. Geiger<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>klapperr@sullcrom.com<br>monahanw@sullcrom.com<br>steciukp@sullcrom.com<br>geigerm@sullcrom.com<br><br>*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.* | /s/ Barbara S. Steiner<br>Barbara S. Steiner<br>Matthew J. Thomas<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>Fax:  (312) 527-0484<br>bsteiner@jenner.com<br>mthomas@jenner.com<br><br>*Attorneys for Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corp.* |

| | |
|---|---|
| /s/ William F. Alderman<br>William F. Alderman<br>ORRICK, HERRINGTON & SUTCLIFFE<br>  LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel:  (415) 773-5700<br>Fax:  (415) 773-5759<br>walderman@orrick.com<br><br>*Attorney for Defendant NovaStar Mortgage Funding Corporation* | |

cc:     Counsel of Record (via ECF or Email)

   Re:    *NCUA v. RBS & Wachovia*, Nos. 11-2340 & 11-2649
          *NCUA v. Credit Suisse Securities (USA) LLC*, No. 12-2648
          *NCUA v. UBS Securities, LLC*, No. 12-2591
          *NCUA v. Morgan Stanley & Co.*, No. 13-2418

   Re:    *NCUA v. Goldman, Sachs & Co.*, No. 11-6521
          *NCUA v. RBS Securities, LLC*, No. 11-5887

# Appendix 1

| Defendant Group | Sampled Loans as to Which Defendants Produced Loan Files | Sampled Loans as to Which NCUA Collected Loan Files from Third-Parties[1] | Sampled Loans as to Which Loan Files Have Been Produced by Any Party or Third-Party | Total Number of Sampled Loans | Percentage of Sampled Loans Collected | Potential Custodians for Missing Loan Files (Bold indicates a third-party that has been subpoenaed by NCUA)[2] |
|---|---|---|---|---|---|---|
| Barclays | 398 | 1659 | 1799 | 1800 | 99.9% | **Wells Fargo Bank, N.A.** |
| Credit Suisse | 1000 | 1839 | 2741 | 3000 | 91% | **Aurora Loan Services, LLC; JPMorgan Chase Bank, N.A.; Nationstar Mortgage, LLC**;  **ResCap Liquidating Trust** |
| Goldman Sachs | 422 | 2687 | 2894 | 3000 | 97% | First Banc Mortgage, Corp.; **ResCap Liquidating Trust** |
| Morgan Stanley | 1429 | 3729 | 4622 | 5197 | 89% | 1st Advantage Mortgage, LLC; 1st Republic Mortgage; Amera Mortgage Corporation; Arlington Capital Mortgage; BM Real Estate Services, Inc.; C&F Mortgage Corporation; Consumer Home Mortgage Corporation of America, Inc.; Cornerstone Mortgage, Inc.; DAS Acquisition Co. LLC d/b/a USA Mortgage; **Decision One Mortgage Company, LLC**; Evergreen Moneysource Mortgage; First United Bank and Trust Company; **Greenlight Financial Services**; Groves Funding; **Ideal Mortgage Bankers, Ltd**.; Leader Mortgage Company, Inc.; Liberty Financial Group, Inc.; MLD Mortgage, Inc.;  Mortgage Capital Associates, Inc.; NV Mortgage Finance, Inc.;  PHM Financial Inc.; PointBank, N.A.; Radius Financial Group, Inc.; **ResCap Liquidating Trust**; Southern Trust Mortgage, LLC; **Stearns Lending, Inc.**; The Washington Savings Bank;  W.R. Starkey Mortgage; Willow Bend Mortgage |

---

[1] Numbers reported in this column and the other columns incorporating data about the production of loan files in response to NCUA's subpoenas to third parties are as represented by NCUA.

[2] Certain entities disclosed by Defendants to NCUA as potential custodians of outstanding Loan Files or Guidelines are omitted from this column based on NCUA's understanding that such entities do not in fact have relevant documents relating to the missing Loan Files.

| Defendant Group | Sampled Loans as to Which Defendants Produced Loan Files | Sampled Loans as to Which NCUA Collected Loan Files from Third-Parties[1] | Sampled Loans as to Which Loan Files Have Been Produced by Any Party or Third-Party | Total Number of Sampled Loans | Percentage of Sampled Loans Collected | Potential Custodians for Missing Loan Files (Bold indicates a third-party that has been subpoenaed by NCUA)[2] |
|---|---|---|---|---|---|---|
| **Nomura** | 595 | 0 | 595 | 600 | 99% | **Mutual of Omaha Bank; NovaStar; Ocwen Loan Servicing, LLC; Wells Fargo Bank, N.A** |
| **Novastar** | 62 | 229 | 283 | 400 | 71% | **NovaStar; Ocwen Loan Servicing, LLC; Saxon Mortgage Services, Inc.** |
| **RBS** | 1329 | 7810 | 8405 | 8800 | 96% | **Ameriquest Mortgage Co.; BankUnited, N.A.; Brooks America Mortgage Corp.; BSM Financial LP; Cenlar, FSB; Central Mortgage Company; First Federal; GMAC Mortgage Comp; Homecomings Financial; FDIC as Receiver for IndyMac Bank, F.S.B; INMC; Green Tree Servicing LLC; JPMorgan Chase Bank, N.A; Just Mortgage, Inc.; LBMC; Lending First Mortgage LLC; Loan Center of California, Inc.; Loan Link Financial Services; Mortgage Store; Mutual of Omaha Bank; Nationstar Mortgage LLC; NetBank; NovaStar; Ocwen Loan Servicing, LLC; Paul Financial, LLC; Plaza Home Mortgage, Inc.; Residential Capital, LLC; Pro30Funding; Residential Funding Company, LLC; RPM; Secured Bankers Mortgage Company; Saxon Mortgage Services, Inc.; Select Portfolio Servicing; Silver State Financial Services, Inc., d/b/a Silver State Mortgage; Specialized Loan Servicing; Washington Mutual Mortgage Securities Corp.; Wells Fargo Bank, N.A.; Wells Fargo Bank, N.A  (Virtual Bank)** |
| **UBS** | 447 | 3938 | 4214 | 4600 | 92% | **Aurora Loan Services, LLC; ResCap Liquidating Trust** |
| **Wachovia** | 0 | 678 | 678 | 800 | 85% | **American Mortgage Network, Inc.; NovaStar; Ocwen Loan Servicing; Saxon Mortgage Services, Inc.; Wells Fargo Bank, N.A** |

# Appendix 2

| Defendant Group | Number of Stipulations Proposed by NCUA | Number of Stipulation Responses by Defendant | Number of Stipulations Proposed by NCUA for Which a Response Has Been Due | Number of Loan File Stipulations Reached | Number of Sampled Loans for Which Defendant Proposed A Loan File Stipulation, But No Stipulation Yet Reached | Number of Stipulations Reached as to Guideline and Matrix | Number of Sampled Loans for Which Defendant Proposed A Guideline or Matrix Stipulation, But No Stipulation Yet Reached | Total Number of Sampled Loans | Percentage of Sampled Loans With Loan File Stipulations | Percentage of Sampled Loans With Stipulations as to Guideline and Matrix |
|---|---|---|---|---|---|---|---|---|---|---|
| Barclays | 797 | 597 | 597 | 441 | 88 | 240 | 351 | 1800 | 24.5% | 13.3% |
| Credit Suisse | 1594 | 1592 | 1592 | 1573 | 0 | 879 | 201 | 3000 | 52.4% | 29.3% |
| Goldman Sachs | 1799 | 1799 | 1799 | 1551 | 0 | 1488 | 208 | 3000 | 51.7% | 49.6% |
| Morgan Stanley | 946 | 717 | 717 | 600 | 117 | 517 | 200 | 5197 | 11.5% | 10.0% |
| Nomura | 194 | 0 | 0 | 0 | 0 | 0 | 0 | 600 | 0% | 0% |
| Novastar | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 400 | 0% | 0% |
| RBS | 2938 | 2023 | 2023 | 1663 | 44 | 1044 | 900 | 8800 | 18.9% | 11.9% |
| UBS | 2163 | 2163 | 2163 | 2040 | 116 | 712 | 962 | 4600 | 44.3% | 15.5% |
| Wachovia | 97 | 0 | 0 | 0 | 0 | 0 | 0 | 800 | 0% | 0% |