# EXHIBIT A

## RBS HAS CONCURRENTLY-FILED A REQUEST THAT THIS DOCUMENT BE FILED UNDER SEAL