# EXHIBIT C

RBS HAS CONCURRENTLY-FILED A REQUEST THAT THIS DOCUMENT BE FILED UNDER SEAL