# EXHIBIT F

R. Alexander Pilmer (State Bar No. 166196)
Email: alexander.pilmer@kirkland.com
David I. Horowitz (State Bar No. 248414)
Email: david.horowitz@kirkland.com
Tammy A. Tsoumas (State Bar No. 250487)
Email: tammy.tsoumas@kirkland.com
Kristin E. Rose (State Bar No. 278284)
Email: kristin.rose@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope Street
Los Angeles, California 90071

Telephone: (213) 680-8400
Facsimile:  (213) 680-8500

Attorneys for Defendants
RBS Securities Inc. (f/k/a Greenwich Capital Markets, Inc.) and RBS Acceptance Inc. (f/k/a Greenwich Capital Acceptance, Inc.)

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Western Corporate Federal Credit Union,<br><br>Plaintiff,<br><br>vs.<br><br>RBS SECURITIES INC., et al.,<br><br>Defendants. | Case No. CV 11-05887 GHW (JEMx)<br><br>**DEFENDANT RBS SECURITIES INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO NATIONAL CREDIT UNION ADMINISTRATION BOARD**<br><br>Complaint Filed:  July 18, 2011<br>First Amended Complaint Filed: August 19, 2013<br><br>Judge       : Hon. George H. Wu<br>Courtroom : 10 |

Pursuant to Federal Rule of Civil Procedure 34, RBS Securities Inc. requests that Plaintiff National Credit Union Administration Board produce the following categories of documents within thirty days of service hereof at the offices of Kirkland & Ellis LLP, 333 South Hope Street, Los Angeles, California 90071. For definitions and instructions relating to these requests, please refer to the section below entitled "Definitions and Instructions."

## REQUESTS

1. All documents concerning each of the Trusts and each of the Certificates.

2. All documents supporting your contention that RBS made false or misleading representations or omissions, including in prospectuses and prospectus supplements, regarding the Certificates or Trusts.

3. All of your communications with WesCorp concerning any of the Trusts or the Certificates.

4. All of your communications with WesCorp concerning any Residential Mortgage-Related Security.

5. All documents provided to you by WesCorp concerning any Residential Mortgage-Related Security or any of the Trusts or Certificates.

6. All documents that you provided to WesCorp concerning any Residential Mortgage-Related Security or any of the Trusts or Certificates.

7. All reports, recommendations, and analyses that you received from WesCorp, or provided to WesCorp, concerning any Residential Mortgage-Related Security or any of the Trusts or Certificates.

8. All documents concerning any of the mortgage loans in the collateral pool of any of the Trusts or backing any of the Certificates.

9. All documents concerning the loan-to-value ratios of any of the mortgage loans in the collateral pool of any of the Trusts or backing any of the Certificates.

10. All documents concerning an appraisal or other valuation of any property that is or was subject to any of the mortgage loans in the collateral pool of the Trusts or backing any of the Certificates.

11. All documents concerning the credit ratings of any of the Certificates.

12. All of your or WesCorp's communications with credit ratings agencies, including S&P, Moody's or Fitch, concerning the credit rating of any of the Certificates or any other certificate issued by the Trusts.

13. All documents concerning the owner-occupancy status of any property that is or was subject to any of the mortgage loans in the collateral pool of any of the Trusts or backing any of the Certificates.

14. All documents concerning or considered in your or WesCorp's decision to acquire, hold or dispose of any of the Certificates.

15. All documents concerning any investigation, evaluation or risk assessment concerning any of the Certificates or any of the mortgage loans in the collateral pool of any of the Trusts.

16. All analyses, valuations, studies or investigations concerning or considered in your or WesCorp's decision to acquire, hold, or dispose of any of the Certificates.

17. All documents concerning your or WesCorp's reliance upon any registration statement, prospectus supplement, or any other documents or information in deciding whether to purchase, hold, or sell any of the Certificates.

18. All documents concerning any investment that WesCorp considered making as a complete or partial alternative to your or WesCorp's investment in any of the Certificates.

19. All documents concerning your or WesCorp's monitoring of the performance and developments concerning any of the Certificates.

20. All documents concerning your or WesCorp's evaluation of the performance and developments concerning any of the Certificates.

31. All documents concerning any board of directors or internal committee meeting at which WesCorp's purchase, holding, or divestiture of Residential Mortgage-Related Securities was discussed, including minutes, notes, agendas and related presentations.

32. All documents concerning any board of directors or committee meeting at which the Trusts or Certificates was discussed, including minutes notes, agendas and related presentations.

33. Documents sufficient to identify each committee member or director who voted in favor of or recommended WesCorp's investment in or purchase of the Certificates.

34. Documents sufficient to identify each committee member or director who voted against or recommended against WesCorp's investment in or purchase of the Certificates.

35. Documents sufficient to identify each of WesCorp's employees, officers and directors who reviewed a registration statement, a prospectus supplement, or any other document that you or WesCorp relied upon in purchasing the Certificates.

36. All of your or WesCorp's internal communications concerning RBS, the Certificates or the Trusts.

37. All of WesCorp's communications with the National Credit Union Administration Board concerning Residential Mortgage-Related Securities, the Trusts, the Certificates, or RBS.

38. All documents that you referenced, consulted, reviewed, or relied on in preparing the Complaint.

39. To the extent not encompassed by the above requests, all documents supporting any of the allegations of your Complaint.

40. To the extent not encompassed by the above requests, all documents concerning your or WesCorp's alleged damages.