# EXHIBIT H

# Bhimani, Jay

| | |
|---|---|
| **From:** | Shen, Andrew C. <ashen@khhte.com> |
| **Sent:** | Tuesday, March 17, 2015 1:02 PM |
| **To:** | Bhimani, Jay |
| **Cc:** | Horowitz, David I.; Rose, Kristin; Klenov, Michael; Dorris, Daniel V. |
| **Subject:** | RE: NCUA's Amended Responses and Objections to Defendants' FirstSetof Joint Interrogatories |

Jay –

The documents we've cited pursuant to Fed. R. Civ. P. 33(d) provide the information sought by Defendants' interrogatories.

As to your additional request that we identify particular fields in the cited documents, we would be interested in working cooperatively with Defendants to identify and discuss relevant fields in the cited documents for both NCUA's and Defendants' interrogatory responses.  For instance, NCUA has served interrogatories requesting the type of due diligence performed on each Mortgage Loan selected for Due Diligence, the process of how each Mortgage Loan was selected for each type of diligence, and the final principal or material conclusions reached relating to these loans.  RBS has cited to hundreds of documents pursuant to Rule 33(d) without any indication of which documents, or which specific portions of those documents contain the information requested by the interrogatory.  The responses of other Defendants are similarly defective.  We would like to propose a process whereby Defendants agree to direct NCUA to specific portions and fields in these documents that they contend provide the information sought by NCUA's interrogatories, and identify all information sought by the interrogatories that is not contained in those documents, provided of course that NCUA agrees to do the same.

Regards,

Andy

Andrew C. Shen
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W.
Suite 400
Washington, D.C. 20036
Direct:  (202) 326-7963
Fax:  (202) 326-7999

The above communication contains information that may be confidential and/or privileged. Except for use by the intended recipient, or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender at the above telephone number or electronic mail address. Nothing in this communication is intended to operate as an electronic signature under applicable law.

**From:** Bhimani, Jay [mailto:jay.bhimani@kirkland.com]
**Sent:** Tuesday, March 10, 2015 9:19 PM
**To:** Shen, Andrew C.
**Cc:** Horowitz, David I.; Rose, Kristin; Klenov, Michael; Dorris, Daniel V.
**Subject:** RE: NCUA's Amended Responses and Objections to Defendants' FirstSetof Joint Interrogatories

1

Andy -- thanks for that clarification.  NCUA's interrogatory response notes that the Barclays spreadsheet (NCUA_A_0009138) contains information regarding "Barclays' pricing of the NGN notes."  To be clear, what we're looking for is the consideration NCUA received in connection with its disposition of the Underlying Securities (not the pricing of the notes ultimately issued by the NGN trusts).  I understand your e-mail below to mean that this information is also contained within the Barclays spreadsheet.  If that is correct, will you please identify the particular fields of the spreadsheet containing this information, and confirm this in an interrogatory response.

Best regards,
Jay

Jay Bhimani
Kirkland & Ellis LLP
333 South Hope Street, 28th Floor
Los Angeles, California 90071
Tel. (213) 680-8285
Fax (213) 808-8123

---

**From:** Shen, Andrew C. [mailto:ashen@khhte.com]
**Sent:** Friday, March 06, 2015 2:32 PM
**To:** Bhimani, Jay
**Cc:** Horowitz, David I.; Rose, Kristin; Klenov, Michael; Dorris, Daniel V.
**Subject:** RE: NCUA's Amended Responses and Objections to Defendants' FirstSet of Joint Interrogatories

Jay –

NCUA has directed Defendants to documents that provide all of the information necessary to fully answer this interrogatory. The NGN closing and offering documents set forth all of the terms of the conveyances of the Underlying Securities, and the Barclays spreadsheet shows the amount that the NCUA as liquidating agent received in the NGN transactions on account of each of the Underlying Securities.  If you think this is insufficient to answer the interrogatory, please explain exactly what information you believe is missing.

Regards,

Andy

---

**From:** Bhimani, Jay [mailto:jay.bhimani@kirkland.com]
**Sent:** Thursday, March 05, 2015 10:29 AM
**To:** Shen, Andrew C.
**Cc:** Horowitz, David I.; Rose, Kristin; Klenov, Michael; Dorris, Daniel V.
**Subject:** FW: NCUA's Amended Responses and Objections to Defendants' FirstSet of Joint Interrogatories

Andy --

We write concerning NCUA's amended responses to Credit Union Interrogatory No. 6, which requests, among other things, a response from NCUA stating "the cumulative income received on each [] Certificate, whether that Certificate was sold, the price of the sale, [and] the date of the sale."  As we explained in our previous meet and confers, NCUA's previous response did not provide sufficient information concerning NCUA's disposition of certificates in the NGN Program.  NCUA's amended responses do not address our concerns.  Although NCUA sponsored the NGN securitizations, its amended response simply cites a spreadsheet produced by one of the underwriters for these issuances, Barclays Capital Inc. ("Barclays"), in response to document requests served by NCUA, noting that it reflects "Barclays' pricing of

2

the NGN notes." This is insufficient. Please confirm what specific information in this spreadsheet reflects the specific information sought by our requests. Or, if the requested information is not contained within the spreadsheet according to NCUA, please provide it separately.

If NCUA does not commit to do this by this Monday, we intend to move to compel.

Best regards,
Jay

Jay Bhimani
Kirkland & Ellis LLP
333 South Hope Street, 28th Floor
Los Angeles, California 90071
Tel. (213) 680-8285
Fax (213) 808-8123

---

**From:** Dorris, Daniel V. [mailto:ddorris@khhte.com]
**Sent:** Tuesday, March 03, 2015 3:50 PM
**To:** Dorris, Daniel V.; *bsteiner@jenner.com; *cchiou@jenner.com; *cgrabenstein@jenner.com; 'Faiza H. Alhambra (faiza.alhambra@huschblackwell.com)'; Campbell, Gavin; *Hannah.Shearer@mto.com; *jmgoodin@lockelord.com; 'James Moloney'; 'Jane Alison Auxter'; *jjordan@foulston.com; *jeff.kalinowski@bryancave.com; Wieland, Jennifer; Shaw, John; *ksterman@ecjlaw.com; *LGrossbard@cravath.com; 'Martin Loring'; *mthomas@jenner.com; *mlieb@ecjlaw.com; *mstout@foulston.com; Perez, Cheri; 'Reid A. Aronson'; Schwartz, Rachel; Alexander, Shauna; Siegel, Norm; Elizabeth, Sierra; *sgilman@berkowitzoliver.com; *tcunningham@lockelord.com; Schult, Thomas; *tmustaine@foulston.com; Crouse, Toby; *walderman@orrick.com; *perry.brandt@bryancave.com; EXTERNAL NCUA SDNY; Bird, Terry; Chi, Karis; Seltzer, Marc; Caforio, Bryan
**Subject:** RE: NCUA's Amended Responses and Objections to Defendants' First Set of Joint Interrogatories

Counsel – NCUA's amended interrogatory responses with a verification are attached. Other than the addition of the verification, nothing has changed.

--

Daniel Dorris
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Phone: 202-326-7938
Email: ddorris@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Dorris, Daniel V.
**Sent:** Monday, March 02, 2015 9:26 PM
**To:** 'Barbara S. Steiner'; 'CChiou@jenner.com'; 'CGrabenstein@jenner.com'; 'Faiza H. Alhambra (faiza.alhambra@huschblackwell.com)'; 'Gavin Campbell'; Shearer, Hannah; 'J. Matthew Goodin'; 'James Moloney'; 'Jane Alison Auxter'; Jordan, Jeffrey; Kalinowski, Jeff; Wieland, Jennifer; Shaw, John; 'Karina B. Sterman'; 'Lillian Grossbard'; 'Martin Loring'; 'Matthew J. Thomas'; 'Michael C. Lieb'; Stout, Mikel; Perez, Cheri; 'Reid A. Aronson'; Schwartz, Rachel;

Alexander, Shauna; Siegel, Norm; 'Sierra Eliabeth'; Gilman, Stacey; 'Thomas J. Cunningham'; Schult, Thomas; Mustaine, Timothy; Crouse, Toby; 'William F. Alderman'; Brandt, Perry; EXTERNAL NCUA SDNY; Bird, Terry; Chi, Karis; Seltzer, Marc; Caforio, Bryan
**Subject:** NCUA's Amended Responses and Objections to Defendants' First Set of Joint Interrogatories

Counsel, NCUA's amended responses and objections to Defendants' First Set of Joint Interrogatories are attached.

--

Daniel Dorris
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Phone: 202-326-7938
Email: ddorris@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************

***********************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
***********************************************************