**Loan File Reunderwriting Protocol Status Report**

*Via ECF (S.D.N.Y. and C.D. Cal.) and Email (D. Kan.)*                                       April 3, 2015

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

   Re:   *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.) and related actions

Dear Judges Cote, Lungstrum, Wu, and O'Hara:

   Pursuant to § (g) of the Loan File Reunderwriting Protocol ("LFRP") (ECF No. 100), and the Courts' July 14, 2014 Order (ECF No. 174) and the Courts' December 12, 2014 Order (ECF No. 230),[1] the parties respectfully submit this status report "as to identification and production by Defendant Groups and third-parties of Loan Files and Guidelines for the Sampled Loans, and as to the status of above-described stipulations." In view of the Courts' March 10, 2015 Order (ECF No. 251) requiring a more detailed status report for Novastar and Nomura, this report has been modified to reflect the fact that NCUA has obtained a sufficient number of Sampled Loans for most of the RMBS certificates in these coordinated actions, and that NCUA does not always propose stipulations for all of the Sampled Loans it has collected. Rather, NCUA attempts to obtain a quantity of loan file and underwriting guideline stipulations sufficient to satisfy its statistical sampling methodology.

**I.   Collection of Loan Files and Guidelines**

   **A.   Defendants' Productions of Loan Files and Guidelines.** Pursuant to §§ (b) and (c) of the LFRP, Defendants have identified the Loan Files and Guidelines for the Sampled Loans in their possession, custody, or control that they expected to produce to NCUA. Defendants in aggregate have sent approximately 200 notices to third-parties seeking consent to re-produce Loan Files and Guidelines produced by the third-parties in response to subpoenas in other RMBS actions. Defendants reasonably believe that they have produced all Loan Files and

---

   [1]   Unless otherwise noted, ECF references are to *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.).

Guidelines for the Sampled Loans in their possession, custody, or control that they expect to produce to NCUA.[2]

      **B.    NCUA's Subpoenas for Loan Files and Guidelines.** NCUA has issued over 350 subpoenas to third-parties seeking Loan Files and Guidelines for the Sampled Loans. To date, NCUA has collected loan file documents relating to approximately 25,841 of the 26,597 Sampled Loans at issue in these actions. NCUA has also collected thousands of potentially applicable underwriting guidelines. NCUA is processing, Bates stamping (if necessary), and reproducing these documents to Defendants. As of this report, NCUA has produced to Defendants all documents relating to loan files and underwriting guidelines that were produced by third-parties on or before March 27, 2015. NCUA continues to meet-and-confer with third-parties regarding outstanding loan files and underwriting guidelines.

      **C.    Defendants' Subpoena for Loan Files and Guidelines.** RBS has issued four subpoenas to a third-party (American Home) seeking loan files. Other Defendants have not issued subpoenas seeking loan files or underwriting guidelines.

      \*           \*           \*

The Appendix provides the status of the parties' efforts to collect loan files on a security-by-security basis. Because the parties are attempting to determine the most appropriate Guidelines for the Sampled Loans through the stipulation process, the parties are currently unable to quantify the status of the collection of Guidelines applicable to the Sampled Loans.

## II.    Stipulations Regarding Loan Files and Guidelines

Pursuant to §§ (e) and (f) of the LFRP, NCUA has proposed loan file and guideline stipulations to Barclays, Nomura, RBS, Credit Suisse, Goldman Sachs, UBS, Morgan Stanley, and Wachovia. The Appendix provides the status of these stipulations on a security-by-security basis. NCUA has not proposed stipulations for all of the collected Sampled Loans because it intends to re-underwrite only approximately 100 loans per security. The parties will cooperate in good faith regarding these stipulations and will raise any issues with the Court.

---

[2] Wachovia did not have any Loan Files for the Sampled Loans in its possession, custody, or control.

Respectfully submitted,

/s/  David C. Frederick

| | |
|---|---|
| David C. Frederick | Erik Haas |
| Wan J. Kim | Peter W. Tomlinson |
| Gregory G. Rapawy | Philip R. Forlenza |
| Andrew C. Shen | Henry J. Ricardo |
| KELLOGG, HUBER, HANSEN, TODD, | PATTERSON BELKNAP WEBB & TYLER LLP |
|   EVANS & FIGEL, P.L.L.C. | 1133 Avenue of the Americas |
| Sumner Square | New York, NY 10036 |
| 1615 M Street, N.W., Suite 400 | Tel:  (212) 336-2000 |
| Washington, D.C. 20036 | Fax:  (212) 336-2222 |
| Tel:  (202) 326-7900 | ehaas@pbwt.com |
| Fax:  (202) 326-7999 | pwtomlinson@pbwt.com |
| dfrederick@khhte.com | prforlenza@pbwt.com |
| wkim@khhte.com | hjricardo@pbwt.com |
| grapawy@khhte.com | |
| ashen@khhte.com | David H. Wollmuth |
| | Frederick R. Kessler |
| George A. Zelcs | Steven S. Fitzgerald |
| KOREIN TILLERY LLC | Ryan A. Kane |
| 205 North Michigan Avenue, Suite 1950 | WOLLMUTH MAHER & DEUTSCH LLP |
| Chicago, IL 60601 | 500 Fifth Avenue, 12th Floor |
| Tel:  (312) 641-9750 | New York, NY 10110 |
| Fax:  (312) 641-9751 | Tel:  (212) 382-3300 |
| gzelcs@koreintillery.com | Fax:  (212) 382-0050 |
| | dwollmuth@wmd-law.com |
| Stephen M. Tillery | fkessler@wmd-law.com |
| Greg G. Gutzler | sfitzgerald@wmd-law.com |
| Robert L. King | rkane@wmd-law.com |
| KOREIN TILLERY LLC | |
| 505 North Seventh Street, Suite 3600 | Norman E. Siegel (D. Kan. # 70354) |
| St. Louis, MO 63101 | Rachel E. Schwartz (Kan. # 21782) |
| Tel:  (314) 241-4844 | STUEVE SIEGEL HANSON LLP |
| Fax:  (314) 241-3525 | 460 Nichols Road, Suite 200 |
| stillery@koreintillery.com | Kansas City, MO 64112 |
| ggutzler@koreintillery.com | Tel: (816) 714-7100 |
| rking@koreintillery.com | Fax: (816) 714-7101 |
| | siegel@stuevesiegel.com |
| | schwartz@stuevesiegel.com |

*Attorneys for Plaintiff National Credit Union Administration Board*

| | |
|---|---|
| /s/ Richard W. Clary<br>Richard W. Clary<br>Julie A. North<br>Richard J. Stark<br>Michael T. Reynolds<br>Lauren A. Moskowitz<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  (212) 474-1000<br>Fax:  (212) 474-3700<br>rclary@cravath.com<br>jnorth@cravath.com<br>rstark@cravath.com<br>mreynolds@cravath.com<br>lmoskowitz@cravath.com<br><br>*Attorneys for Defendants Credit Suisse Securities (USA) LLC and Credit Suisse First Boston Mortgage Securities Corp.* | /s/ James P. Rouhandeh<br>James P. Rouhandeh<br>Paul S. Mishkin<br>Daniel J. Schwartz<br>Joanna Geneve-Third<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone:  (212) 450-4000<br>Facsimile:  (212) 701-5800<br>rouhandeh@davispolk.com<br>paul.mishkin@davispolk.com<br>daniel.schwartz@davispolk.com<br>joanna.geneve-third@davispolk.com<br><br>*Attorneys for Defendants Morgan Stanley & Co., Inc. n/k/a Morgan Stanley & Co. LLC, and Morgan Stanley Capital I Inc.* |
| /s/ Jeffrey T. Scott<br>David H. Braff<br>Jeffrey T. Scott<br>Joshua Fritsch<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>braffd@sullcrom.com<br>scottj@sullcrom.com<br>fritschj@sullcrom.com<br><br>*Attorneys for Defendant Barclays Capital Inc.* | /s/ Scott D. Musoff<br>Jay B. Kasner<br>Scott D. Musoff<br>Gary J. Hacker<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>Tel:  (212) 735-3000<br>Fax:  (212) 735-2000<br>jay.kasner@skadden.com<br>scott.musoff@skadden.com<br>gary.hacker@skadden.com<br><br>*Attorneys for Defendant UBS Securities, LLC* |

| | |
|---|---|
| /s/ R. Alexander Pilmer<br>R. Alexander Pilmer, CA Bar No. 166196<br>David I. Horowitz, CA Bar No. 248414<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA  90071<br>Telephone:  (213) 680-8400<br>Facsimile:  (213) 680-8500<br>alexander.pilmer@kirkland.com<br>david.horowitz@kirkland.com<br><br>*Attorneys for Defendants RBS Securities Inc., f/k/a Greenwich Capital Markets, Inc. and RBS Acceptance Inc., f/k/a Greenwich Capital Acceptance Inc.* | /s/ David H. Fry<br>David H. Fry<br>Hannah Shearer<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street<br>27th Floor<br>San Francisco, CA  94105<br>Telephone:  (415) 512-4000<br>Facsimile:  (415) 512-4077<br>david.fry@mto.com<br>hannah.shearer@mto.com<br><br>Andrew W. Goldwater<br>FRIEDMAN KAPLAN SEILER<br>   & ADELMAN LLP<br>7 Times Square<br>New York, NY 10036<br>Telephone:  (212) 833-1100<br>Facsimile:  (212) 833-1250<br>agoldwater@fklaw.com<br><br>*Attorneys for Defendant Wachovia Capital Markets, LLC, n/k/a Wells Fargo Securities, LLC* |
| /s/ Richard H. Klapper<br>Richard H. Klapper<br>William B. Monahan<br>Peter A. Steciuk<br>Mark S. Geiger<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>klapperr@sullcrom.com<br>monahanw@sullcrom.com<br>steciukp@sullcrom.com<br>geigerm@sullcrom.com<br><br>*Attorneys for Defendants Goldman, Sachs & Co. and GS Mortgage Securities Corp.* | /s/ Barbara S. Steiner<br>Barbara S. Steiner<br>Matthew J. Thomas<br>JENNER & BLOCK LLP<br>353 N. Clark St.<br>Chicago, IL 60654<br>Tel: (312) 222-9350<br>Fax:  (312) 527-0484<br>bsteiner@jenner.com<br>mthomas@jenner.com<br><br>*Attorneys for Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corp.* |

| | |
|---|---|
| /s/ William F. Alderman<br>William F. Alderman<br>ORRICK, HERRINGTON & SUTCLIFFE<br>  LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel:  (415) 773-5700<br>Fax:  (415) 773-5759<br>walderman@orrick.com<br><br>*Attorney for Defendant NovaStar Mortgage Funding Corporation* | |

cc:     Counsel of Record (via ECF or Email)

    Re:     *NCUA v. RBS & Wachovia*, Nos. 11-2340 & 11-2649
              *NCUA v. Credit Suisse Securities (USA) LLC*, No. 12-2648
              *NCUA v. UBS Securities, LLC*, No. 12-2591
              *NCUA v. Morgan Stanley & Co.*, No. 13-2418

    Re:     *NCUA v. Goldman, Sachs & Co.*, No. 11-6521
              *NCUA v. RBS Securities, LLC*, No. 11-5887

# Appendix

| **Barclays** | BCAP 2007-AA1 | BCAP 2007-AA2 | BCAP 2007-AA3 (Grp. 1) | BCAP 2007-AA3 (Grp. 2) | BCAP 2007-AB1 | FHLT 2006-C | SABR 2006-HE2 | WFHET 2006-3 | WFHET 2007-1 |
|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 199/200 (99.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 58/100 (58%) | 94/100 (94%) | 99/100 (99%) | 97/100 (97%) | 97/100 (97%) | 97/100 (97%) | 0/200 (0%) | 96/99 (97%) | 97/98 (99%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 39/100 (39%) | 4/100 (4%) | 64/100 (64%) | 1/100 (1%) | 98/100 (98%) | 99/100 (99%) | 0/200 (0%) | 98/99 (99%) | 97/98 (99%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 200 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 61 | 96 | 32 | 97 | 0 | 0 | 0 | 0 | 0 |

| Credit Suisse | ARMT 2006-3 | ARMT 2007-1 | ARMT 2007-2 | CWALT 2007-OA6 | HEAT 2006-6 | HEMT 2006-2 | HEMT 2007-2 | INDA 2006-AR2 | INDX 2006-AR41 | INDX 2007-FLX3 | INDYL 2006-L2 | LBMLT 2006-1 | LBMLT 2006-6 | RALI 2006-QA9 | RALI 2007-QO1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 196/200 (98%) | 193/200 (96.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 195/200 (97.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 188/200 (94%) | 198/200 (99%) | 198/200 (99%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 132/132 (100%) | 120/120 (100%) | 129/135 (95.6%) | 119/120 (99.2%) | 115/120 (95.8%) | 105/119 (88.2%) | 127/130 (97.7%) | 118/119 (99.2%) | 120/120 (100%) | 120/120 (100%) | 120/120 (100%) | 140/140 (100%) | 128/128 (100%) | 0/198 (0%) | 0/198 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 123/132 (93.2%) | 104/120 (86.7%) | 110/135 (81.5%) | 119/120 (99.2%) | 105/120 (87.5%) | 72/119 (60.5%) | 102/130 (78.5%) | 2/119 (1.7%) | 3/120 (2.5%) | 35/120 (29.2%) | 8/120 (6.7%) | 140/140 (100%) | 128/128 (100%) | 0/198 (0%) | 0/198 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 5 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 198 | 198 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 1 | 0 | 12 | 1 | 1 | 7 | 2 | 22 | 7 | 0 | 19 | 0 | 0 | 0 | 0 |

| Goldman Sachs | CWALT 2007-OA4 | FFML 2006-FF4 | GPMF 2006-OH1 | GSAA 2007-3 | GSAA 2007-5 | GSR 2006-OA1 | GSR 2007-OA1 (G1) | GSR 2007-OA1 (G2) | LBMLT 2006-7 | RALI 2006-QO6 | RALI 2006-QO10 | RALI 2007-QH2 | RALI 2007-QH3 | RALI 2007-QH5 | RALI 2007-QH6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 173/200 (86.5%) | 168/200 (84%) | 200/200 (100%) | 191/200 (95%) | 164/200 (82%) | 198/200 (99%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 127/140 (90.7%) | 153/200 (76.5%) | 120/120 (100%) | 0/126 (0%) | 0/100 (0%) | 76/137 (55.5%) | 44/98 (44.9%) | 15/100 (15%) | 117/139 (84.2%) | 165/200 (82.5%) | 159/200 (79.5%) | 154/200 (77%) | 171/200 (85.5%) | 193/200 (96.5%) | 191/200 (95.5%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 107/140 (76.4%) | 199/200 (99.5%) | 105/120 (87.5%) | 0/126 (0%) | 0/100 (0%) | 57/137 (41.6%) | 29/98 (29.6%) | 22/100 (22%) | 138/139 (99.3%) | 176/200 (88%) | 171/200 (85.5%) | 167/200 (83.5%) | 186/200 (93%) | 107/200 (53.5%) | 199/200 (99.5%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 126 | 100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 5 | 31 | 75 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 33 | 0 | 3 | 0 | 0 | 56 | 56 | 54 | 1 | 2 | 0 | 0 | 0 | 92 | 0 |

| Morgan Stanley (part 1) | MSAC 2006-HE2 (All) | MSAC 2006-HE2 (G2) | MSAC 2006-HE4 | MSAC 2006-HE6 | MSAC 2006-HE8 | MSAC 2006-NC4 | MSAC 2006-WMC2 | MSAC 2007-HE4 | MSAC 2007-HE5 | MSHEL 2006-1 | MSHEL 2007-2 | MSIX 2006-1 | MSM 2005-11AR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 192/200 (96%) | 183/200 (91.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 139/200 (69.5%) | 199/200 (99.5%) | 193/200 (96.5%) | 194/200 (97%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | x | x | x | 0/120 (0%) | 134/134 (100%) | 0/120 (0%) | 199/200 (99.5%) | 134/134 (100%) | 133/133 (100%) | x | 27/98 (27.6%) | x | 0/119 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | x | x | x | 0/120 (0%) | 55/134 (41%) | 0/120 (0%) | 195/200 (97.5%) | 114/134 (85%) | 131/133 (98.4%) | x | 55/98 (56.1%) | x | 0/119 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | x | x | x | 120 | 0 | 120 | 0 | 0 | 0 | x | 0 | x | 119 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | x | x | x | 0 | 0 | 0 | 1 | 0 | 0 | x | 71 | x | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | x | x | x | 0 | 79 | 0 | 5 | 20 | 2 | x | 43 | x | 0 |

| Morgan Stanley (part 2) | MSM 2006-3AR | MSM 2006-8AR | MSM 2006-9AR | MSM 2006-10SL | MSM 2006-13ARX | MSM 2006-16AX | MSM 2007-2AX | MSM 2007-4SL | MSM 2007-5AX | MSM 2007-11AR | NTIX 2007-HE2 | RALI 2006-QA5 | SAST 2007-2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 192/200 (96%) | 199/200 (99.5%) | 200/200 (100%) | 199/200 (99.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 110/200 (55%) | 196/200 (98%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 51/131 (38.9%) | x | 0/120 (0%) | 0/122 (0%) | x | x | 0/120 (0%) | 116/116 (100%) | 0/120 (0%) | 0/120 (0%) | x | x | x |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 75/131 (57.2%) | x | 0/120 (0%) | 0/122 (0%) | x | x | 0/120 (0%) | 92/116 (79.3%) | 0/120 (0%) | 0/120 (0%) | x | x | x |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | x | 120 | 122 | x | x | 120 | 0 | 120 | 120 | x | x | x |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 80 | x | 0 | 0 | x | x | 0 | 0 | 0 | 0 | x | x | x |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 56 | x | 0 | 0 | x | x | 0 | 22 | 0 | 0 | x | x | x |

| Nomura | NAA 2006-AR4 | NHELI 2007-1 (Group 1) |
|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 195/200 (97.5%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 85/96 (88.5%) | 82/98 (83.7%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 11/96 (11.5%) | 29/98 (29.6%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 70 | 47 |

| Novastar | NHEL 2006-5 (All) | NHEL 2006-5 (GRP 2) |
|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 145/200 (72.5%) | 137/200 (68.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 0/95 (0%) | 0/95 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 0/95 (0%) | 0/95 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 95 | 95 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 0 | 0 |

| **RBS (part 1)** | AHMA 2007-3 | FFML 2005-FFH4 | FFML 2006-FF16 (ALL) | FFML 2006-FF16 (GRP 2) | FHLT 2006-3 | FHLT 2006-D (ALL) | FHLT 2006-D (GRP 2) | GMACM 2006-HE5 | HVMLT 2006-10 | HVMLT 2006-11 | HVMLT 2006-12 | HVMLT 2006-14 | HVMLT 2006-6 (GRP 2) | HVMLT 2006-6 (GRP 3) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 93/200 (46.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 199/200 (99.5%) | 199/200 (99.5%) | 197/200 (98.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 0/195 (0%) | 98/100 (98%) | 100/100 (100%) | 100/101 (99%) | 97/100 (97%) | 108/110 (98.2%) | 116/119 (97.5%) | x | x | 100/100 (100%) | 92/100 (92%) | x | 0/95 (0%) | 0/95 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 180/195 (92.3%) | 100/100 (100%) | 98/100 (98%) | 98/101 (97%) | 60/100 (60%) | 85/110 (77.3%) | 89/119 (74.8%) | x | x | 0/100 (0%) | 0/100 (0%) | x | 0/95 (0%) | **0/95 (0%)** |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 0 | 0 | 0 | 0 | x | x | 0 | 0 | x | 95 | 95 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 3 | 2 | 2 | x | x | 0 | 7 | x | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 7 | 0 | 2 | 3 | 40 | 25 | 29 | x | x | 100 | 100 | x | 0 | 0 |

| RBS (part 2) | HVMLT 2006-8 | HVMLT 2006-9 | HVMLT 2006-SB1 | HVMLT 2007-1 (ALL) | HVMLT 2007-1 (GRP 2) | HVMLT 2007-2 | HVMLT 2007-3 | HVMLT 2007-4 | HVMLT 2007-5 | INDX 2006-AR35 | INDX 2006-AR6 | LBMLT 2006-2 | LBMLT 2006-8 | LUM 2006-2 | LUM 2007-1 (Grp 1) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 197/200 (98.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 186/200 (93.0%) | 200/200 (100%) | 196/200 (98.0%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 196/200 (98.0%) | 187/200 (93.5%) | 173/200 (86.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | x | 92/100 (92%) | 97/100 (97%) | 92/102 (90.2%) | 81/103 (78.6%) | x | x | x | 5/100 (5%) | 96/97 (99%) | 0/100 (0%) | 91/99 (91.9%) | 0/96 (0%) | 0/94 (0%) | 0/95 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | x | 0/100 (0%) | 100/100 (100%) | 0/102 (0%) | 0/103 (0%) | x | x | x | 70/100 (70%) | 91/97 (93.8%) | 0/100 (0%) | 0/99 (0%) | 0/96 (0%) | 0/94 (0%) | 0/95 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | x | 0 | 0 | 0 | 0 | x | x | x | 0 | 0 | 100 | 0 | 96 | 94 | 95 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | x | 8 | 0 | 0 | 0 | x | x | x | 1 | 1 | 0 | 8 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | x | 100 | 0 | 102 | 103 | x | x | x | 30 | 0 | 0 | 99 | 0 | 0 | 0 |

| RBS (part 3) | MHL 2006-1 | MHL 2006-1 (Grp 1-A2) | NAA 2006-AR4 | NHEL 2006-5 (All) | NHEL 2006-5 (GRP 2) | NHELI 2007-1 (Group 1) | NHELI 2007-1 (Group 2) | OOMLT 2007-2 | RFMS2 2007-HSA2 | SAST 2006-3 | SVHE 2005-OPT4 | SVHE 2006-WF1 | SVHE 2006-WF2 | SVHE 2007-OPT1 | WMLT 2006-ALT1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 195/200 (97.5%) | 145/200 (72.5%) | 137/200 (68.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 197/200 (98.5%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 193/196 (98.5%) | 88/100 (88%) | 85/96 (88.5%) | 0/95 (0%) | 0/95 (0%) | 82/98 (83.7%) | 115/115 (100%) | 100/101 (99%) | 98/100 (98%) | 63/105 (60%) | 98/101 (97%) | 91/99 (91.9%) | 94/100 (94%) | 96/100 (96%) | 0/100 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 193/196 (98.5%) | 59/100 (59%) | 11/96 (11.5%) | 0/95 (0%) | 0/95 (0%) | 29/98 (29.6%) | 0/115 (0%) | 94/101 (93.1%) | 75/100 (75%) | 56/105 (53.3%) | 1/101 (0.01%) | 0/99 (0%) | 0/100 (0%) | 85/100 (85%) | 0/100 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 0 | 95 | 95 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 3 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 32 | 2 | 8 | 4 | 1 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 0 | 41 | 70 | 0 | 0 | 47 | 52 | 2 | 23 | 29 | 57 | 99 | 91 | 12 | 0 |

| UBS (part 1) | ARSI 2006-W3 | CWALT 2006-OA3 | CWALT 2006-OA8 | CWALT 2006-OA8 (G1) | CWALT 2006-OA10 (G2) | CWALT 2006-OA10 (G3) | CWALT 2006-OA10 (G4) | CWHL 2006-OA5 (G1) | CWHL 2006-OA5 (G2) | FHLT 2006-B | INABS 2007-A | INDS 2006-3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 168/200 (84%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 95/95 (100%) | 0/139 (100%) | 140/140 (100%) | 120/120 (100%) | 120/120 (100%) | 120/120 (100%) | 120/120 (100%) | 137/138 (99.2%) | 136/138 (98.5%) | 140/140 (100%) | 120/120 (100%) | 133/134 (99.2%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 95/95 (100%) | 0/139 (100%) | 125/140 (89.2%) | 113/120 (94.1%) | 107/120 (89.1%) | 101/120 (84.1%) | 117/120 (97.5%) | 120/138 (86.9%) | 125/138 (90.5%) | 110/140 (78.5%) | 6/118 (.05%) | 0/134 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 0 | 0 | 15 | 7 | 13 | 18 | 2 | 18 | 12 | 0 | 0 | 109 |

| UBS (part 2) | INDS 2007-1 | INDS 2007-2 | MABS 2006-HE2 | MABS 2006-WMC1 | MABS 2006-WMC4 | MARM 2007-2 | MARM 2007-HF2 | MASL 2006-1 | RALI 2006-QO5 (G2) | RALI 2006-QO5 (G3) | RALI 2006-QO7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) | 192/200 (96%) | 199/200 (99.5%) | 200/200 (100%) | 200/200 (100%) | 200/200 (100%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 120/120 (100%) | 120/120 (100%) | 0/128 (0.0%) | 140/140 (100%) | 140/140 (100%) | 119/119 (100%) | 117/117 (100%) | 0/117 (0.0%) | 0/200 (0%) | 0/200 (0%) | 0/200 (0%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 51/120 (42.5%) | 27/120 (22.5%) | 0/128 (0.0%) | 138/140 (98.6%) | 140/140 (100%) | 113/119 (95.0%) | 89/117 (76.0%) | 0/117 (0.0%) | 0/200 (0%) | 0/200 (0%) | 0/200 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 0 | 0 | 128 | 0 | 0 | 0 | 0 | 117 | 200 | 200 | 200 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 | 0 | 3 | 28 | 0 | 0 | 0 | 0 |

| **Wachovia** | NHEL 2006-5 (All) | NHEL 2006-5 (GRP 2) | WMLT 2006-ALT1 | WMLT 2006-AMN1 |
|---|---|---|---|---|
| Number of Sampled Loans Collected as Reported by NCUA | 145/200 (72.5%) | 137/200 (68.5%) | 200/200 (100%) | 195/200 (97.5%) |
| Number of Loan File Stipulations Reached / Stipulations Proposed by NCUA | 0/95 (0%) | 0/95 (0%) | 0/100 (0%) | 97/97 (100%) |
| Number of Stipulations Reached as to Guideline and Matrix / Stipulations Proposed by NCUA | 0/95 (0%) | 0/95 (0%) | 0/100 (0%) | 0/97 (0%) |
| Number of Stipulations Proposed by NCUA for Which No Response Has Been Due | 95 | 95 | 100 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Loan File Stipulation But No Stipulation Yet Reached | 0 | 0 | 0 | 0 |
| Number of Sampled Loans for Which Defendant Counter-Proposed a Guideline or Matrix Stipulation, But No Stipulation Yet Reached | 0 | 0 | 0 | 97 |