**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

333 South Hope Street
Los Angeles, California 90071

R. Alexander Pilmer
To Call Writer Directly:
(213) 680-8405
alex.pilmer@kirkland.com

(213) 680-8400

www.kirkland.com

Facsimile:
(213) 680-8500

June 4, 2015

<u>Via ECF</u>

The Honorable Denise L. Cote
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: **Request to File Under Seal**

*NCUA v. RBS Securities Inc. et al.*, No. 11-02340 (D. Kan.)
*NCUA v. RBS Securities Inc. et al.*, No. 11-05887 (C.D. Cal.)
*NCUA v. Morgan Stanley & Co. et al.*, No. 13-06705 (S.D.N.Y.)

Dear Judge Cote:

RBS filed today a letter motion to compel the production of transcripts from depositions taken in *Corporate America Credit Union v. Herbst, et al.*, No. 2:09–CV–02126–IPJ (N.D. Ala. Oct. 20, 2009), from Plaintiff National Credit Union Administration Board ("Plaintiff") in the above-captioned matters. Exhibits F through I to that motion, a list of which is attached hereto, were designated Confidential by Plaintiff pursuant to the Master Protective Order (ECF No. 102)[1] entered in these matters. Paragraph 9 of the Master Protective Order provides:

> In the event that before trial in the Related Actions, or in connection with any hearing in or any matter relating to the Related Actions, counsel for any Party determines to file or submit in writing to the Clerk's office any Protected Material, or any papers containing or making reference to the substance of such material or information, such documents or portions thereof containing or making reference to such material or information shall be filed with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court.

---

[1] All ECF references are to *NCUA v. RBS Securities Inc.*, No. 13-06726 (S.D.N.Y.).

Beijing    Chicago    Hong Kong    Houston    London    Munich    New York    Palo Alto    San Francisco    Shanghai    Washington, D.C.

# KIRKLAND & ELLIS LLP

In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, and Paragraph 9 of the Master Protective Order, RBS requests that Exhibits F through I to its letter motion be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court.

Very truly yours,

*/s/ R. Alexander Pilmer*

R. Alexander Pilmer

cc:     Counsel of Record (via ECF)

# KIRKLAND & ELLIS LLP

**Documents Requested To Be Filed Under Seal**

| | |
|---|---|
| Exhibit F | NCUA–USC–0010047519 |
| Exhibit G | NCUA–USC–0010047547 |
| Exhibit H | NCUA–USC–0010047663 |
| Exhibit I | Deposition Transcript Excerpts (NCUA_A_0012151; NCUA_A_0012268–74; NCUA_A_0012287–93; NCUA_A_0012304–08) |