UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, etc., :
                     Plaintiff, : 13cv6705 (DLC)
-v- : 13cv6726 (DLC)
 :
MORGAN STANLEY & CO., et al., : ORDER
 :
                     Defendants. :
 :
And other NCUA Actions. :
----------------------------------------X

DENISE COTE, District Judge:

6/8/2015

On June 3, 2015, RBS submitted a letter requesting that it be allowed to file (1) in redacted form a letter-motion to compel, and (2) under seal Exhibits A, C, and D (but not B) to that letter-motion. RBS submitted an identical request in the District of Kansas, and, on June 4, Judge O'Hara entered a minute order granting in part and denying in part RBS's request. Pursuant to Judge O'Hara's order:

> The motion to compel and Exhibits A and D cite testimony from a deposition that has been designated confidential; the court grants leave to file these documents under seal. However, Exhibit B appears to be a public press release and Exhibit C is a demand letter which reveals nothing more than what was included in the press release; the court denies leave to file these documents under seal.

NCUA v. RBS Securities, Inc., et al., No. 11cv2340 (JWL) (JPO) (D. Kan.), Dkt. No. 540. Accordingly, it is hereby

ORDERED that Judge O'Hara's ruling on RBS's June 3 request is adopted here. RBS shall forthwith file in the Southern District of New York appropriately redacted materials.

Dated: New York, New York
June 8, 2015

_____
DENISE COTE
United States District Judge