UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, etc., :
                         Plaintiff,  :     13cv6705 (DLC)
              -v-                    :     13cv6726 (DLC)
                                     :
MORGAN STANLEY & CO., et al.,        :        ORDER
                                     :
                         Defendants. :
                                     :
And other NCUA Actions.              :
-------------------------------------X

DENISE COTE, District Judge:

6/8/2015

On June 4, 2015, RBS submitted a letter requesting that it be permitted to file under seal Exhibits F through I to a June 4 letter-motion to compel the production of transcripts from depositions taken in Corporate America Credit Union v. Herbst, et al., No. 09cv2126 (IPJ) (N.D. Ala.). RBS submitted an identical request in the District of Kansas, and, on June 5, Judge O'Hara entered a minute order granting RBS's request. See NCUA v. RBS Securities, Inc., et al., No. 11cv2340 (JWL) (JPO) (D. Kan.), Dkt. No. 547. Accordingly, it is hereby

ORDERED that Judge O'Hara's ruling on RBS's June 4 request is adopted here. RBS shall forthwith file in the Southern District of New York the materials associated with its June 4 letter-motion, filing Exhibits F through I under seal.

Dated: New York, New York
June 8, 2015

_____
DENISE COTE
United States District Judge