UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | | |
|---|---|---|
| National Credit Union Administration Board, | : | |
| | : | Index No.: 13-cv-6705 |
| Plaintiff, | : | |
| | : | |
| - against - | : | **NOTICE OF APPEARANCE** |
| | : | |
| Morgan Stanley & Co., Inc., et al. | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------

PLEASE TAKE NOTICE that Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, by Nicholas P. Crowell, hereby enters its appearance as counsel of record in the above-captioned action for and on behalf of non-party James Whittemore. The Clerk of this Court is requested to note this appearance on the Court's docket and to forward copies of all entries, orders, notices and other court documents in this proceeding to the undersigned counsel.

Dated: New York, New York
       June 10, 2015

SIDLEY AUSTIN LLP

By: /s/ Nicholas P. Crowell
    Nicholas P. Crowell
    ncrowell@sidley.com
    787 Seventh Avenue
    New York, New York 10019
    Telephone: (212) 839-5300

*Counsel for Non-Party James Whittemore*