# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| R. Alexander Pilmer<br>To Call Writer Directly:<br>(213) 680-8405<br>alex.pilmer@kirkland.com | 333 South Hope Street<br>Los Angeles, California  90071<br><br>(213) 680-8400<br><br>www.kirkland.com | Facsimile:<br>(213) 680-8500 |

June 10, 2015

**Via ECF**

The Honorable Denise L. Cote
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re: **Notice of Under Seal Filings**

      *NCUA v. Morgan Stanley & Co.*, No. 13-06705 (S.D.N.Y.)

Dear Judge Cote:

   In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, RBS hereby confirms that it has publicly filed in redacted form:  (1) Defendants' motion to compel the production of compensation documents, and (2) Defendants' reply in support of their motion to compel the production of compensation documents.  RBS has also manually filed with the Sealed Records Department of the Southern District of New York:  (1) an unredacted version of Defendants' motion to compel the production of compensation documents, and Exhibits A and D to that motion, (2) an unredacted version of Defendants' reply in support of their motion to compel the production of compensation documents, and (3) Exhibits F, G, H and I to Defendants' motion to compel the production of transcripts.

                Very truly yours,

                */s/ R. Alexander Pilmer*

                R. Alexander Pilmer

cc:  Counsel of Record (via ECF)