# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

333 South Hope Street
Los Angeles, California  90071

David I. Horowitz
To Call Writer Directly:
(213) 680-8374
david.horowitz@kirkland.com

(213) 680-8400

www.kirkland.com

Facsimile:
(213) 680-8500

June 22, 2015

**Via ECF**

The Honorable Denise L. Cote
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re:  **Request to File Under Seal**

     *NCUA v. RBS Securities Inc.*, No. 11-02340 (D. Kan.)
     *NCUA v. RBS Securities Inc.*, No. 11-05887 (C.D. Cal.)
     *NCUA v. Morgan Stanley & Co.*, No. 13-06705 (S.D.N.Y.)

Dear Judge Cote:

  RBS filed today a redacted letter motion seeking additional deposition time.  In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, the Court's June 8, 2015 Order (ECF No. 234),[1] and Paragraph 9 of the Master Protective Order, RBS requests that it be allowed to manually file the attached letter motion, and the attached accompanying exhibits under seal.

  RBS has redacted the portions of its letter motion that concern deposition testimony given by Connie Loveless, which Plaintiff designated Confidential, correspondence concerning Ms. Loveless' deposition testimony, and documents produced by Plaintiff and designated Highly Confidential.

  A list of exhibits RBS is requesting to file under seal is attached.  Exhibits A through D were produced by Plaintiff and designated Highly Confidential.  Exhibit F is an email from counsel for RBS to counsel for Plaintiff that references deposition testimony Plaintiff has designated confidential.  Parties may designate materials Confidential or Highly Confidential pursuant to the Master Protective Order (ECF No. 103) entered in these matters.  Paragraph 9 of the Master Protective Order provides:

---

[1] All ECF citations are to *NCUA v. Morgan Stanley & Co.*, No. 13-06705 (S.D.N.Y.).

Beijing  Chicago  Hong Kong  Houston  London  Munich  New York  Palo Alto  San Francisco  Shanghai  Washington, D.C.

## KIRKLAND & ELLIS LLP

      In the event that before trial in the Related Actions, or in connection with any hearing in or any matter relating to the Related Actions, counsel for any Party determines to file or submit in writing to the Clerk's office any Protected Material, or any papers containing or making reference to the substance of such material or information, such documents or portions thereof containing or making reference to such material or information shall be filed with a request that the documents be filed under seal in accordance with the rules of the Court, and kept under seal until further order of the Court.

      In accordance with Rule 4(A) of the Court's Individual Practices in Civil Cases, the Court's June 8, 2015 Order, and Paragraph 9 of the Master Protective Order, RBS requests permission to file its letter motion and Exhibits A, B, C, D, and F to the letter motion under seal in accordance with the rules of Court, and requests that the documents be kept under seal until further order of the Court.

Very truly yours,

*/s/ David I. Horowitz*

David I. Horowitz

cc:    Counsel of Record (via ECF)

KIRKLAND & ELLIS LLP

## Documents Requested To Be Filed Under Seal

| | |
|---|---|
| Exhibit A | NCUA_A_0082382-83 |
| Exhibit B | NCUA_A_0082390-92 |
| Exhibit C | NCUA_A_0082386-89 |
| Exhibit D | NCUA_A_0082384-85 |
| Exhibit F | 5/21/15 Email from counsel for RBS to counsel for NCUA |