# WOLLMUTH MAHER & DEUTSCH LLP

500 FIFTH AVENUE
NEW YORK, NEW YORK 10110

TELEPHONE (212) 382-3300
FACSIMILE (212) 382-0050

June 26, 2015

6/29/2015

*Via ECF (S.D.N.Y.)*

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:   *NCUA v. RBS Securities, Inc.*, No. 13-6726 (S.D.N.Y.)
      *NCUA v. Morgan Stanley & Co.*, No. 13-6705 (S.D.N.Y.) (Lead Case)

Dear Judge Cote:

**MEMO ENDORSED**

Plaintiff National Credit Union Administration Board in its capacity as liquidating agent for certain credit unions ("NCUA") respectfully requests permission for its June 25, 2015 letter (ECF No. 262) to be filed in redacted form and Exhibits A-E (ECF Nos. 262-1; 262-2; 262-3; 262-4; 262-5) to the letter to be filed under seal.[1]

NCUA submits that the letters contain non-public personal and confidential information regarding a non-party's past compensation and requested future compensation and that good cause is shown to allow such documents to be filed under seal. On June 25, 2015 Magistrate Judge James P. O'Hara permitted the same documents to be filed under seal in *NCUA v. RBS Securities, Inc.*, No. 11-2649 (D. Kan.) (ECF No. 606).

Granted.
*/s/ Denise Cote*
6/29/15

---

[1] On June 25, 2015 NCUA had emailed an unredacted version of the letter and the exhibits filed under seal in their entirety to the Courts pursuant to the Courts' June 4, 2014 Order.

/s/ Frederick R. Kessler

| | |
|---|---|
| David H. Wollmuth | George A. Zelcs |
| Frederick R. Kessler | KOREIN TILLERY LLC |
| Steven S. Fitzgerald | 205 North Michigan Avenue, Suite 1950 |
| Ryan A. Kane | Chicago, IL 60601 |
| WOLLMUTH MAHER & DEUTSCH LLP | Tel: (312) 641-9750 |
| 500 Fifth Avenue, 12th Floor | Fax: (312) 641-9751 |
| New York, NY 10110 | gzelcs@koreintillery.com |
| Tel: (212) 382-3300 | |
| Fax: (212) 382-0050 | Stephen M. Tillery |
| dwollmuth@wmd-law.com | Greg G. Gutzler |
| fkessler@wmd-law.com | Robert L. King |
| sfitzgerald@wmd-law.com | KOREIN TILLERY LLC |
| rkane@wmd-law.com | 505 North Seventh Street, Suite 3600 |
| | St. Louis, MO 63101 |
| David C. Frederick | Tel: (314) 241-4844 |
| Wan J. Kim | Fax: (314) 241-3525 |
| Gregory G. Rapawy | stillery@koreintillery.com |
| Andrew C. Shen | ggutzler@koreintillery.com |
| KELLOGG, HUBER, HANSEN, TODD, | rking@koreintillery.com |
| EVANS & FIGEL, P.L.L.C. | |
| Sumner Square | |
| 1615 M Street, N.W., Suite 400 | |
| Washington, D.C. 20036 | |
| Tel: (202) 326-7900 | |
| Fax: (202) 326-7999 | |
| dfrederick@khhte.com | |
| wkim@khhte.com | |
| grapawy@khhte.com | |
| ashen@khhte.com | |

*Attorneys for Plaintiff National Credit Union Administration Board*