353 NORTH CLARK STREET CHICAGO ILLINOIS 60654-3456

**JENNER & BLOCK** LLP

July 8, 2015

Barbara S. Steiner
Tel  312 923-2611
Fax 312 840-7611
bsteiner@jenner.com

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

**Re:**   *NCUA v. RBS Securities Inc.*, **No. 11-cv-2340 (D. Kan.)**
  *NCUA v. RBS Securities Inc. et al.*, **No. 11-5887 (C.D. Cal.)**
  *NCUA v. Morgan Stanley & Co. et al.*, **No. 13-6705 (S.D.N.Y.)**

Dear Judges Cote, Wu, Lungstrum, and O'Hara:

I write on behalf of defendants Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corp. (together, "Nomura") in response to the Courts' Order on July 8, 2015 (Dkt. No. 196).  The Order stated, *inter alia*, that "Nomura shall provide our Courts with copies of relevant documents by 4:00 p.m. EDT today, including the two subpoenas, CoreLogic's objections to the subpoenas, and any relevant correspondence between the parties regarding this dispute."

Attached for the Courts' consideration are the following documents:

   A. Subpoena to CoreLogic, Inc. ("CoreLogic") to produce documents on July 6, 2015, which was served on June 15, 2015 (Exhibit A hereto);

   B. Subpoena to CoreLogic to testify at a deposition on July 10, 2015, which was served on June 15, 2015 (Exhibit B hereto);

   C. CoreLogic's objections to the subpoena to the document requests, dated June 30, 2015 (Exhibit C hereto);

July 8, 2015
Page 2

    D.   CoreLogic's objections to the subpoena to the topics for deposition testimony, dated June 30, 2015 (Exhibit D hereto);

    E.   Correspondence sent via overnight mail from Nomura to CoreLogic on July 7, 2015 (Exhibit E hereto);

    F.   Email chain reflecting correspondence between Nomura and CoreLogic on July 2 and July 7, 2015 (Exhibit F hereto); and

    G.   Email chain reflecting correspondence between Nomura and National Credit Union Administration ("NCUA") on July 6 and July 7, 2015 (Exhibit G hereto); and

    H.   Email chain reflecting correspondence between Nomura and National Credit Union Administration ("NCUA") on July 2, 2015 (Exhibit H hereto).

With respect to communications between Nomura and CoreLogic, in addition to the written correspondence attached as Exhibits E and F, my colleagues Christopher Chiou and Jonathan Zajac had several telephone conversations with CoreLogic's outside counsel, Heather Herd and Michael Adams.

If there are any other documents that would be helpful to the Courts, please let us know and we would be happy to provide them as soon as possible.

Very truly yours,

/s/ Barbara S. Steiner

Barbara S. Steiner
Attorney for Nomura Home Equity Loan, Inc. and Nomura Asset Acceptance Corp.

cc:    Counsel of Record (via ECF)