KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209
———
(202) 326-7900
FACSIMILE:
(202) 326-7999

July 13, 2015

***Via ECF (S.D.N.Y. and C.D. Cal.) and Email (D. Kan.)***

The Honorable Denise L. Cote
United States District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

The Honorable John W. Lungstrum
The Honorable James P. O'Hara
United States District Court for the District of Kansas
500 State Avenue, Suite 517
Kansas City, KS 66101

The Honorable George H. Wu
United States District Court for the Central District of California
312 North Spring Street
Los Angeles, CA 90012-4701

Re:   *NCUA v. RBS Securities, Inc.,* No. 11-5887 (C.D. Cal.)
      *NCUA v. RBS Securities, Inc.*, No. 11-2340 (D. Kan.)
      *NCUA v. RBS Securities, Inc.*, No. 13-6726 (S.D.N.Y.)
      *NCUA v. Morgan Stanley & Co.,* No. 13-6705 (S.D.N.Y.) (Lead Case)

Judges Cote, Lungstrum, O'Hara, and Wu
July 13, 2015
Page 2

Dear Judges Cote, Lungstrum, O'Hara, and Wu:

  NCUA, as liquidating agent, respectfully seeks leave to file this short reply to respond to a misleading statement in RBS's opposition (ECF No. 374) to NCUA's request for a protective order (ECF No. 373).

  RBS misleadingly claims that NCUA has provided it with short notice of certain depositions of Credit Suisse employees. *First*, NCUA requested those deposition dates from Credit Suisse weeks ago; the formal notices served last week simply memorialize dates agreed upon by the parties after those informal discussions. *See* Exhs. A, B. *Second*, NCUA will not use those depositions against RBS in any way, so RBS is not receiving short notice of these depositions, and has no standing to object. *See* ECF No. 101 ("MDP"), § 10(b) (requiring NCUA to "provide notice of [a] fact deposition to the other Defendant Group" if it intends to use that deposition against such Defendant Group). NCUA has not provided notice under MDP § 10(b) of any deposition of any Credit Suisse employee, including the two to which RBS refers. *Third*, RBS claims (at 3) that it shares "an overlapping deal" with Credit Suisse, but fails to note that the only such deal was reinstated recently in the *Credit Suisse* action in Kansas. NCUA has not obtained any deposition discovery regarding that deal (or any other reinstated Kansas certificate) because Credit Suisse has not provided relevant documents. *See* ECF No. 348 (establishing supplemental discovery schedule for reinstated Kansas certificates). *Fourth*, RBS has never attended any deposition of a Credit Suisse employee in these coordinated actions.

  If RBS had genuinely believed that NCUA had provided insufficient notice of these Credit Suisse depositions, it could have raised this issue with NCUA, and NCUA would have made clear that NCUA did not intend to use those depositions against RBS and so RBS would suffer no prejudice from those deposition notices.

/s/  David C. Frederick

| | |
|---|---|
| David C. Frederick | |
| Wan J. Kim | Erik Haas |
| Gregory G. Rapawy | Peter W. Tomlinson |
| Andrew C. Shen | Philip R. Forlenza |
| KELLOGG, HUBER, HANSEN, TODD, | Henry J. Ricardo |
|   EVANS & FIGEL, P.L.L.C. | PATTERSON BELKNAP WEBB & TYLER LLP |
| Sumner Square | 1133 Avenue of the Americas |
| 1615 M Street, N.W., Suite 400 | New York, NY 10036 |
| Washington, D.C. 20036 | Tel:  (212) 336-2000 |
| Tel:  (202) 326-7900 | ehaas@pbwt.com |
| dfrederick@khhte.com | pwtomlinson@pbwt.com |
| wkim@khhte.com | prforlenza@pbwt.com |
| grapawy@khhte.com | hjricardo@pbwt.com |
| ashen@khhte.com | |
| | David H. Wollmuth |
| George A. Zelcs | Frederick R. Kessler |
| KOREIN TILLERY LLC | Steven S. Fitzgerald |
| 205 North Michigan Avenue, Suite 1950 | Ryan A. Kane |
| Chicago, IL 60601 | WOLLMUTH MAHER & DEUTSCH LLP |
| Tel:  (312) 641-9750 | 500 Fifth Avenue, 12th Floor |
| gzelcs@koreintillery.com | New York, NY 10110 |
| | Tel:  (212) 382-3300 |
| Stephen M. Tillery | dwollmuth@wmd-law.com |
| Michael E. Klenov | fkessler@wmd-law.com |
| Steven M. Berezney | sfitzgerald@wmd-law.com |
| KOREIN TILLERY LLC | rkane@wmd-law.com |
| 505 North Seventh Street, Suite 3600 | |
| St. Louis, MO 63101 | Norman E. Siegel (D. Kan. # 70354) |
| Tel:  (314) 241-4844 | Rachel E. Schwartz (Kan. # 21782) |
| stillery@koreintillery.com | STUEVE SIEGEL HANSON LLP |
| mklenov@koreintillery.com | 460 Nichols Road, Suite 200 |
| sberezney@koreintillery.com | Kansas City, MO 64112 |
| | Tel: (816) 714-7100 |
| Marc M. Seltzer (54534) | siegel@stuevesiegel.com |
| Bryan Caforio (261265) | schwartz@stuevesiegel.com |
| SUSMAN GODFREY L.L.P. | |
| 1901 Avenue of the Stars, Suite 950 | |
| Los Angeles, CA 90067 | |
| Tel:  (310) 789-3100 | |
| mseltzer@susmangodfrey.com | |

*Attorneys for Plaintiff National Credit Union Administration Board*