# Exhibit A

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE

1615 M STREET, N.W.

SUITE 400

WASHINGTON, D.C. 20036-3215

———

(202) 326-7900

FACSIMILE:
(202) 326-7999

August 14, 2015

*Via Electronic Mail*

| | |
|---|---|
| James P. Rouhandeh<br>DAVIS POLK & WARDWELL LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>rouhandeh@davispolk.com<br>*Counsel for Morgan Stanley Defendants* | Richard H. Klapper<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>klapperr@sullcrom.com<br>*Counsel for Goldman Sachs Defendants* |
| R. Alexander Pilmer<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>2lexander.pilmer@kirkland.com<br>*Counsel for RBS Defendants* | David H. Fry<br>MUNGER TOLLES & OLSON LLP<br>560 Mission Street, 27th Floor<br>San Francisco, CA 94105<br>david.fry@mto.com<br>*Counsel for Wachovia Defendants* |
| David H. Braff<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004<br>braffd@sullcrom.com<br>*Counsel for Barclays Defendants* | Scott D. Musoff<br>SKADDEN, ARPS, SLATE, MEAGHER, &<br>  FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>scott.musoff@skadden.com<br>*Counsel for UBS Defendants* |
| Richard W. Clary<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>rclary@cravath.com<br>*Counsel for Credit Suisse Defendants* | Barbara S. Steiner<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>bsteiner@jenner.com<br>*Counsel for Nomura Defendants* |

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

Counsel
August 14, 2015
Page 2

William F. Alderman
ORRICK, HERRINGTON &
 SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
walderman@orrick.com
*Counsel for NovaStar Defendants*

      Re:    *NCUA v. Morgan Stanley & Co.*, No. 13-cv-6705 (S.D.N.Y.);
             And Related Actions

Dear Counsel:

      In an order dated July 30, 2015, the Courts required the parties to "confer in an effort to reach agreement regarding a schedule for trying the New York actions and the Kansas actions in this coordinated litigation." In particular, the parties must "submit by September 3, 2015, any response to the following proposed schedule," in which the SDNY trials will commence on June 20, 2016, for RBS, Wachovia, UBS, Morgan Stanley, and Goldman Sachs (Tranche 1); and on either June 20, 2016, or September 12, 2016, for Credit Suisse and Barclays (Tranche 2). NCUA has no objection to the Courts' proposed schedule, with the following clarification: If any of the cases scheduled in Tranche 1 is dismissed or otherwise disposed of prior to April 1, 2016, then it will be replaced by an equal number of cases from Tranche 2. However, the schedule of Tranche 1 trials will be finalized on April 1, 2016, in order for the parties to adequately prepare for trials on June 20, 2016; and any cases not scheduled for trial in Tranche 1 by April 1, 2016, shall proceed to trial on September 12, 2016.

      For the Kansas trials, NCUA also proposes two tranches, with trials commencing on January 9, 2017, for RBS, et al., UBS, and Morgan Stanley (Tranche 1); and on either January 9, 2017, or March 27, 2017, for Credit Suisse and Barclays (Tranche 2). See MDP § 13(c) ("all trials shall be completed by March 2017). As with the SDNY trial dates, NCUA proposes that cases from Tranche 2 be used to replace any cases in Tranche 1 that are dismissed or otherwise disposed of prior to October 7, 2016; and any cases not scheduled for trial in Tranche 1 by October 7, 2016, shall proceed to trial on March 27, 2017.

      Please let us know whether Defendants consent to this proposal, or provide an alternative proposal, by August 24, 2015.

                          Sincerely,

                          David C. Frederick