# Exhibit B

| | |
|---|---|
| **From:** | Hughes, William C. |
| **To:** | Kim, Wan J.; EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA |
| **Cc:** | Frederick, David C.; Shen, Andrew C.; Scott, Jeffrey; Sedlak, Jon |
| **Subject:** | RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates |
| **Date:** | Tuesday, September 01, 2015 3:31:01 PM |

Barclays does not oppose the proposed schedule that places Barclays in Tranche 2 for both the New York and Kansas actions, or the proposed trial dates prescribed for Tranche 2, but Barclays reserves the right to seek an adjournment if the appeal in *FDIC v. First Horizon Asset Sec., Inc.*, No. 14-3648 (2d Cir.) is still pending as of trial.  Barclays also proposes that the cutoff date for replacement of a New York Tranche 1 case with a Tranche 2 case in the event of settlement or dismissal of a Tranche 1 case should reflect the same buffer period prior to commencement of trial as in the Kansas action, where the cutoff date is October 7, 2016, which is 94 days before the proposed January 9, 2017 Tranche 1 trial date.  Barclays proposes that the cutoff date in the New York action be Friday, March 18, 2016, which is 94 days before the proposed Tranche 1 trial commences on June 20, 2016.

Regards,

Bill Hughes
Sullivan & Cromwell LLP
1700 New York Avenue, NW | Suite 700
Washington, DC  20006-5805
T:  (202) 956-7025 | F:  (202) 956-6916
hughesw@sullcrom.com | www.sullcrom.com

---

**From:** Kim, Wan J. [mailto:wkim@khhte.com]
**Sent:** Friday, August 14, 2015 10:24 AM
**To:** EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
**Cc:** zzExt-dfrederick@khhte.com; Shen, Andrew C.
**Subject:** NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.

Wan J. Kim
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Phone:  202-326-7908
Email:   wkim@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient or have received this communication in error, please be advised that review or distribution of this message is strictly prohibited.  Please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.