# Exhibit C

| | |
|---|---|
| **From:** | Clary, Richard |
| **Sent:** | Monday, August 31, 2015 4:45 PM |
| **To:** | Hetherington, Andrew M. |
| **Cc:** | Benjamin Diessel; Ward, John B.; Moskowitz, Lauren; Schultz, Thomas G. |
| **Subject:** | Re: FW: NCUA Ltr to Counsel regarding Proposal for Trial Dates |

Counsel,

Credit Suisse is amenable to the trial schedule proposed by NCUA in its August 14, 2015 letter, subject to the following two provisos:  *First*, Credit Suisse proposes that the cutoff date for replacement of a Tranche 1 case with a Tranche 2 case in the event of settlement or dismissal of a Tranche 1 case in the SDNY action should include the same time buffer prior to commencement of trial as in the Kansas action.  In the Kansas action, NCUA has proposed a cutoff date of October 7, 2016 -- 94 days before the proposed January 9, 2017 Tranche 1 trial.  Credit Suisse proposes that the cutoff date in the SDNY action be Friday, March 18, 2016 -- 94 days before the proposed Tranche 1 trial commences on June 20, 2016.  *Second*, Credit Suisse reserves its rights to seek to adjourn the commencement of its trial in the SDNY action if the Second Circuit has yet to issue a ruling in *FDIC v. Chase et al.*, No. 14-3648, prior to the trial date.

| | |
|---|---|
| From: | "Hetherington, Andrew M." <ahetherington@khhte.com> |
| To: | "Clary, Richard" <rclary@cravath.com>, |
| Cc: | "Moskowitz, Lauren" <lmoskowitz@cravath.com>, Benjamin Diessel <BDiessel@cravath.com>, "Hetherington, Andrew M." <ahetherington@khhte.com>, "Ward, John B." <jward@khhte.com>, "Schultz, Thomas G." <tschultz@khhte.com> |
| Date: | 08/31/2015 11:09 AM |
| Subject: | FW: NCUA Ltr to Counsel regarding Proposal for Trial Dates |

```
Richard -

The parties' responses to the Courts' proposed trial schedule for the New York and Kansas
Actions must be submitted this coming Thursday.  Please let me know whether Credit Suisse
consents to NCUA's previously-circulated proposed modification to that schedule, and, if not,
whether Credit Suisse has an alternative proposal.

Regards,
Andrew

From: Kim, Wan J.
Sent: Friday, August 14, 2015 10:24 AM
To: EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
Cc: Frederick, David C.; Shen, Andrew C.
Subject: NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.

Wan J. Kim
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Phone:  202-326-7908
Email:   wkim@khhte.com<mailto:wkim@khhte.com>

NOTICE: This transmission is intended only for the use of the addressee and may contain
information that is privileged, confidential and exempt from disclosure under applicable
```

```
law.  If you are not the intended recipient or have received this communication in error,
please be advised that review or distribution of this message is strictly prohibited.  Please
notify the sender immediately via reply e-mail, and then destroy all instances of this
communication.  Thank you.


[attachment "2015 08 14 Letter from D. Frederick to Counsel.pdf" deleted by Richard
Clary/NYC/Cravath]
```
---
This e-mail is confidential and may be privileged. Use or disclosure of it by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please delete this e-mail from the computer on which you received it.

2