# Exhibit D

| | |
|---|---|
| **From:** | Wheeler, Stephanie |
| **Sent:** | Monday, August 31, 2015 11:10 AM |
| **To:** | Dorris, Daniel V.; Kim, Wan J. |
| **Cc:** | Shen, Andrew C.; Love, Jeffrey A.; Wheeler, Stephanie; GS_NCUA Associates; Klapper, Richard H. |
| **Subject:** | RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates |

Dear Dan,

Given that Goldman Sachs is in tranche 1, it has no comments on NCUA's proposed deadline for notifying tranche 2 defendants that they have moved into tranche 1. We do intend to tell the Court, however, that Goldman Sachs reserves its rights to seek an adjournment of the June 20, 2016 trial date if the Second Circuit has not yet ruled on the appeal in FDIC v. Chase, et al., Docket No. 14-3648, involving the extender statute prior to the trial date.

SGW

---

**From:** Dorris, Daniel V. [mailto:ddorris@khhte.com]
**Sent:** Monday, August 31, 2015 10:21 AM
**To:** zzExt-wkim@khhte.com; Wheeler, Stephanie G.; GS_NCUA Associates
**Cc:** Shen, Andrew C.; Love, Jeffrey A.
**Subject:** RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates

Stephanie, I'm following up on our August 14 letter regarding proposed trial dates. Can you please let us know when Goldman intends to respond?

---

**From:** Kim, Wan J.
**Sent:** Friday, August 14, 2015 10:24 AM
**To:** EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
**Cc:** Frederick, David C.; Shen, Andrew C.
**Subject:** NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.


Wan J. Kim
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Phone: 202-326-7908
Email: wkim@khhte.com


NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient or have received this communication in error, please be advised that review or distribution of this message is strictly prohibited. Please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

1

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.