# Exhibit E

**From:**          Mishkin, Paul S.
**Sent:**          Monday, August 31, 2015 6:08 PM
**To:**            Attaway, Scott K.; Rouhandeh, James P.
**Cc:**            Kim, Wan J.; Shen, Andrew C.; Geneve-Third, Joanna
**Subject:**       RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates


Scott,

Morgan Stanley does not oppose NCUA's proposal regarding trial dates set forth in its August 14, 2015 letter, although Morgan Stanley reserves the right to seek an adjournment if the appeal in *FDIC v. First Horizon Asset Sec., Inc.*, No. 14-3648 (2d Cir.) is still pending before trial.


Best,
Paul


**Paul S. Mishkin**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4292  tel
212 701 5292  fax
paul.mishkin@davispolk.com

**Davis Polk**

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's privacy policy located at www.davispolk.com for important information on this policy.


**From:** Attaway, Scott K. [mailto:sattaway@khhte.com]
**Sent:** Monday, August 31, 2015 3:40 PM
**To:** Rouhandeh, James P.; Mishkin, Paul S.
**Cc:** Kim, Wan J.; Shen, Andrew C.
**Subject:** FW: NCUA Ltr to Counsel regarding Proposal for Trial Dates

Counsel, I'm following up on our August 14 letter regarding proposed trial dates.  Can you please let us know when Morgan Stanley intends to respond, and whether Morgan Stanley consents to NCUA's proposal? Thank you.

Scott K. Attaway
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M St., NW, Suite 400
Washington, DC 20036
(202) 326-7935

Notice:  This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system.

**From:** Kim, Wan J.
**Sent:** Friday, August 14, 2015 10:24 AM
**To:** EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
**Cc:** Frederick, David C.; Shen, Andrew C.
**Subject:** NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.


Wan J. Kim
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400
Washington, DC 20036
Phone:  202-326-7908
Email:   wkim@khhte.com


NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient or have received this communication in error, please be advised that review or distribution of this message is strictly prohibited.  Please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.