# Exhibit G

| | |
|---|---|
| **From:** | Phadke, Achyut |
| **Sent:** | Tuesday, September 01, 2015 3:18 PM |
| **To:** | Kim, Wan J. |
| **Cc:** | Frederick, David C.; Shen, Andrew C.; Fry, David; Shearer, Hannah; Trujillo-Jamison, Kenneth |
| **Subject:** | RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates |

I write on behalf of Wachovia in response to your August 14, 2015 letter regarding scheduling of the SDNY and Kansas trials.

We do not object to the court's current proposal to place Wachovia in the first Tranche in the SDNY trials. In our submission on September 3, 2015, we will reserve our rights to seek adjournment of the June 20, 2016 trial date if the Second Circuit has not ruled on the extender statute appeal in FDIC v. Chase Mortgage Finance Corp., et al., No. 14-3648, prior to the trial date.

We do not object to including Wachovia in the first Tranche of the Kansas trials. Although a January 2017 trial date is acceptable (provided that there are no changes to the timing or format of the SDNY trials from that currently contemplated under the court's proposal), we join other defendants in proposing a start date of January 23, instead of January 9, for the first Tranche of the Kansas trials.

Regards,


**Achyut J. Phadke | Munger, Tolles & Olson LLP**
560 Mission Street | San Francisco, CA 94105
Tel:  415.512.4026 | Fax:  415.512.4077
achyut.phadke@mto.com | www.mto.com

***NOTICE***

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Kim, Wan J. [mailto:wkim@khhte.com]
**Sent:** Friday, August 14, 2015 9:24 AM
**To:** EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
**Cc:** Frederick, David C.; Shen, Andrew C.
**Subject:** NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.

Wan J. Kim
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street NW, Suite 400

Washington, DC 20036
Phone:  202-326-7908
Email:   wkim@khhte.com


NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient or have received this communication in error, please be advised that review or distribution of this message is strictly prohibited.  Please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.