# Exhibit H

| | |
|---|---|
| **From:** | Pilmer, R. Alexander |
| **Sent:** | Tuesday, September 01, 2015 2:18 PM |
| **To:** | Frederick, David C.; Kim, Wan J.; Tillery, Stephen |
| **Cc:** | Horowitz, David I. |
| **Subject:** | RE: NCUA v. RBS (NY Action) - Rule 68 offer of judgment |
| **Attachments:** | 2015.09.01 Letter to D. Frederick.pdf |

David --

I write to provide RBS¹s position in response to your August 14 letter regarding the setting of trial dates in the NY and Kansas actions. First, regarding the NY action, RBS¹s position is that no trial date should be set at this juncture given that RBS has offered NCUA (in its capacity as liquidating agent for Southwest and Members) complete relief in that case in connection with its Rule 68 offer. Second, in the Kansas action, RBS is amenable to setting a January 2017 trial date, provided the start date is January 23, 2017 instead of January 9, 2017.

Also, I¹ve attached a letter in response to your August 28th letter to me.

I am available to discuss the above positions at your convenience.

Best Regards,

-- Alex

**R. Alexander Pilmer | Kirkland & Ellis LLP | Partner**
601 Lexington Ave., New York NY 10022
212. 446.4806


333 S. Hope Street, Los Angeles CA 90071
213.680.8405

alex.pilmer@kirkland.com | mobile: 626.533.7233
www.kirkland.com/apilmer

---

**From:** Frederick, David C. [mailto:dfrederick@khhte.com]
**Sent:** Friday, August 28, 2015 8:12 AM
**To:** Pilmer, R. Alexander; Kim, Wan J.; Tillery, Stephen
**Cc:** Horowitz, David I.
**Subject:** RE: NCUA v. RBS (NY Action) - Rule 68 offer of judgment

Alex,

Please see the attached letter. I¹m available early next week to discuss if you¹d like.

Regards,
David

---

**From:** Pilmer, R. Alexander [mailto:apilmer@kirkland.com]
**Sent:** Friday, August 21, 2015 4:08 PM

1

**To:** Frederick, David C.; Kim, Wan J.; Tillery, Stephen
**Cc:** Horowitz, David I.
**Subject:** NCUA v. RBS (NY Action) - Rule 68 offer of judgment

David, et al - please see the attached. Should you wish to discuss, please feel free to contact me at any time.

Regards, Alex

**R. Alexander Pilmer** | **Kirkland & Ellis LLP** | **Partner**

601 Lexington Ave., New York NY 10022
212. 446.4806

333 S. Hope Street, Los Angeles CA 90071
213.680.8405

alex.pilmer@kirkland.com | mobile: 626.533.7233
www.kirkland.com/apilmer

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************

************************************************************
The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail or by e-mail to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.
************************************************************