# Exhibit I

| | |
|---|---|
| **From:** | Steiner, Barbara S. |
| **To:** | Kim, Wan J. |
| **Cc:** | Frederick, David C.; Shen, Andrew C.; EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA; Thomas, Matthew J.; Grabenstein, Casey T.; Loring, Martin; Alhambra, Faiza |
| **Subject:** | RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates |
| **Date:** | Tuesday, September 01, 2015 2:36:06 PM |

On behalf of Nomura, in the Kansas action only, Nomura, like RBS, is amenable to setting a January 2017 trial date, provided the start date is January 23, 2017 instead of January 9, 2017.

**Barbara S. Steiner**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2611 | TEL
+1 312 840 7611 | FAX
BSteiner@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

**From:** Kim, Wan J. [mailto:wkim@khhte.com]
**Sent:** Friday, August 14, 2015 9:24 AM
**To:** EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
**Cc:** Frederick, David C.; Shen, Andrew C.
**Subject:** NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.

Wan J. Kim

Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC

1615 M Street NW, Suite 400

Washington, DC 20036

Phone:  202-326-7908

Email:   wkim@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient or have received this communication in error, please be advised that review or distribution of this message is strictly prohibited.  Please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.