# Exhibit J

| | |
|---|---|
| **From:** | Loring, Martin |
| **To:** | Kim, Wan J.; EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA |
| **Cc:** | Frederick, David C.; Shen, Andrew C.; Loring, Martin; "Fink, Steven J." |
| **Subject:** | RE: NCUA Ltr to Counsel regarding Proposal for Trial Dates |
| **Date:** | Tuesday, September 01, 2015 2:52:07 PM |

In response to your August 14 letter, NovaStar Mortgage Funding Corp. has no objection to a January 2017 trial date for the RBS Kansas City action (in which NMFC is a defendant), but does object to beginning on January 9.  We have no objection to a date after the 15th."

**Martin M. Loring**
**Partner**

**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112-2551
Direct:  816.983.8142
Fax:  816.983.8080
Martin.Loring@huschblackwell.com
huschblackwell.com
View Bio | View VCard
*Meeting the unique legal needs of educational institutions of all levels.* **Visit our blog for the latest updates in education law.**

**From:** Kim, Wan J. [mailto:wkim@khhte.com]
**Sent:** Friday, August 14, 2015 9:24 AM
**To:** EXTERNAL NCUA SDNY; EXTERNAL NCUA KS; EXTERNAL NCUA CA
**Cc:** Frederick, David C.; Shen, Andrew C.
**Subject:** NCUA Ltr to Counsel regarding Proposal for Trial Dates

Please see the attached letter regarding proposed trial dates in the SDNY and Kansas actions.

Wan J. Kim

Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC

1615 M Street NW, Suite 400

Washington, DC 20036

Phone:  202-326-7908

Email:   wkim@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If you are not the intended recipient or have received this communication in error, please be advised that review or distribution of this message is strictly prohibited.  Please notify the sender immediately via reply e-mail, and then destroy all instances of this communication.  Thank you.