```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION     :
BOARD, etc.,                             :
                            Plaintiff,   :
               -v-                       :   13cv6705 (DLC)
                                         :   13cv6719 (DLC)
                                         :   13cv6721 (DLC)
MORGAN STANLEY & CO., et al.,            :   13cv6726 (DLC)
                                         :   13cv6727 (DLC)
                           Defendants.   :   13cv6731 (DLC)
                                         :   13cv6736 (DLC)
And other NCUA Actions.                  :
----------------------------------------X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the conference of September 18, 2015, it is hereby

ORDERED that the parties to these actions, to the extent they have not already done so, shall by September 25 schedule mediation or settlement sessions to take place no later than October 30. The sessions shall be attended by a principal with full settlement authority.

IT IS FURTHER ORDERED that the parties shall file a report detailing their compliance with the above by September 25.

IT IS FURTHER ORDERED that the trials in these matters will proceed in two tranches. Trials for cases in the first tranche will begin on June 20, 2016 and trials for cases in the second tranche will begin on September 12, 2016.

IT IS FURTHER ORDERED that the cases in the first tranche of trials shall be as follows:

- NCUA v. Morgan Stanley & Co., Inc., et al., No. 13cv6705
- NCUA v. Wachovia Capital Markets LLC, No. 13cv6719
- NCUA v. Goldman, Sachs & Co., No. 13cv6721
- NCUA v. UBS Securities, LLC, No. 13cv6731

IT IS FURTHER ORDERED that the cases in the second tranche of trials shall be as follows:

- NCUA v. Barclays Capital, Inc., No. 13cv6727
- NCUA v. Credit Suisse Securities (USA) LLC, et al., No. 13cv6736

IT IS FURTHER ORDERED that, to the extent cases in the first tranche are resolved before trial, cases in the second tranche may be shifted to the first tranche.

IT IS FURTHER ORDERED that the composition of the first tranche shall be finalized on March 18, 2016.

Dated:   New York, New York
         September 18, 2015

_____
DENISE COTE
United States District Judge