UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION :
BOARD, etc., :
                       Plaintiff, :   13cv6705 (DLC)
            -v- :
                                    :   ORDER OF
                                    :   REFERENCE TO A
MORGAN STANLEY & CO., et al., :   MAGISTRATE JUDGE
                       Defendants. :
------------------------------------------X

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | ___ | Habeas Corpus |
| X | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED:
Dated:    New York, New York
             9/28/15

                                          DENISE COTE
                               United States District Judge