# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

**MEMO ENDORSED**

FOUR TIMES SQUARE

NEW YORK 10036-6522

———

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SHANGHAI
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

DIRECT DIAL
(212) 735-3605
DIRECT FAX
(917) 777-3605
EMAIL ADDRESS
GARY.HACKER@SKADDEN.COM

October 1, 2015



BY HAND

The Honorable Denise L. Cote
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York  10007

Re:  *NCUA v. UBS Securities LLC*, No. 12-cv-2591 (JWL-JPO) (D. Kan.)
     *NCUA v. UBS Securities LLC*, No. 13-cv-6731 (DLC) (S.D.N.Y.)
     *NCUA v. Morgan Stanley & Co. Inc.*, No. 13-cv-6705 (DLC) (S.D.N.Y.)
     (Lead Case)

Dear Judge Cote:

Pursuant to the Court's September 28, 2015 Order (ECF No. 215),[1] please find enclosed copies of UBS's September 28, 2015 letter motion and exhibits, which reflect the parties' agreed-upon revised redactions.

Respectfully,

*Gary J. Hacker (gjh)*

Gary J. Hacker

Encls.
cc:   All Counsel of Record (via e-mail)

*Approved.*

*Denise Cote*
*10/2/15*

---

[1] ECF citation is to *NCUA v. UBS Securities LLC*, No. 13-cv-6731 (S.D.N.Y.).