```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
NATIONAL CREDIT UNION ADMINISTRATION      :
BOARD, etc.,                              :
                          Plaintiff,      :      13cv6727 (DLC)
            -v-                           :      13cv6705 (DLC)
                                          :
BARCLAYS CAPITAL INC.,                    :      AMENDED ORDER
                                          :
                          Defendant.      :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is

ORDERED that NCUA v. Barclays Capital Inc., 13cv6727, is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:   New York, New York
         October 20, 2015

                                        _____
                                              DENISE COTE
                                        United States District Judge