```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
NATIONAL CREDIT UNION ADMINISTRATION   :
BOARD, etc.,                           :      13cv6705 (DLC)
                          Plaintiff,   :
           -v-                         :      ORDER OF
                                       :      DISCONTINUANCE
MORGAN STANLEY & CO., et al.,          :
                                       :
                          Defendants.  :
                                       :
-------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/12/15

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is

ORDERED that the above-captioned case is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

Dated:   New York, New York
         November 12, 2015

                                   _____
                                             DENISE COTE
                                   United States District Judge