IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>  Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. AND MORGAN STANLEY CAPITAL I INC.,<br><br>  Defendants. | Case No. 13-cv-6705 (DLC) |

## SETTLING PARTIES' JOINT MOTION FOR A BAR ORDER

Plaintiff National Credit Union Administration Board, as liquidating agent ("NCUA"), and Defendants Morgan Stanley & Co., Inc., Morgan Stanley ABS Capital I Inc., Morgan Stanley Capital I Inc., and Saxon Asset Securities Company ("Morgan Stanley"; together with NCUA, the "Settling Parties") respectfully move for the entry of a contribution bar order barring claims by other defendants and other alleged tortfeasors against Morgan Stanley & Co., Inc. and Saxon Asset Securities Company for contribution or indemnity in connection with two residential mortgage-backed securities Certificates at issue in *NCUA v. Morgan Stanley & Co., Inc.*, No. 13-cv-2418 (D. Kan.). The Settling Parties incorporate their memorandum in support as if fully stated herein.

| | |
|---|---|
| Dated: January 6, 2016 | Respectfully submitted, |
| /s/ David C. Frederick | /s/ Paul S. Mishkin[*] |
| David C. Frederick | James P. Rouhandeh |
| Wan J. Kim | Paul S. Mishkin |
| Gregory G. Rapawy | Daniel J. Schwartz |
| Andrew C. Shen | Joanna E. Geneve-Third |
| KELLOGG, HUBER, HANSEN, TODD, | DAVIS POLK & WARDWELL LLP |
|   EVANS & FIGEL, P.L.L.C. | 450 Lexington Avenue |
| Sumner Square | New York, NY 10017 |
| 1615 M Street, N.W., Suite 400 | rouhandeh@davispolk.com |
| Washington, DC 20036 | paul.mishkin@davispolk.com |
| Tel: (202) 326-7900 | daniel.schwartz@davispolk.com |
| Fax: (202) 326-7999 | joanna.geneve-third@davispolk.com |
| dfrederick@khhte.com | |
| wkim@khhte.com | *Attorneys for Defendant Morgan Stanley* |
| grapawy@khhte.com | |
| ashen@khhte.com | |

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
Steven M. Berezney
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com
sberezney@koreintillery.com

---

[*] Pursuant to this Court's ECF Rule 8.5(b), counsel for NCUA represents that counsel for Morgan Stanley has consented to the placement of his electronic signature on this document.

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB &
 TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
ehaas@pbwt.com
pwtomlinson@pbwt.com
prforlenza@pbwt.com
hjricardo@pbwt.com

*Attorneys for Plaintiff NCUA*