UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MORGAN STANLEY & CO., INC. and MORGAN STANLEY CAPITAL I INC.,<br><br>　　　　Defendants. | Case No. 13-cv-6705 (DLC) |

## NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

WHEREAS the National Credit Union Administration Board as Liquidating Agent of Southwest Corporate Federal Credit Union and Members United Corporate Federal Credit Union and Defendants Morgan Stanley & Co., Inc. and Morgan Stanley Capital I Inc. have reached a settlement disposing of all claims asserted in the above-captioned action (the "Action");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this Action shall be, and hereby is, dismissed with prejudice, each party to bear its own costs.

Date: January 28, 2016

*[signature]*

Wan J. Kim
David C. Frederick
Gregory G. Rapawy
Andrew C. Shen
KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, P.L.L.C.
Sumner Square
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
wkim@khhte.com
dfrederick@khhte.com
grapawy@khhte.com
ashen@khhte.com

George A. Zelcs
KOREIN TILLERY LLC
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Tel: (312) 641-9750
Fax: (312) 641-9751
gzelcs@koreintillery.com

Stephen M. Tillery
KOREIN TILLERY LLC
505 North Seventh Street, Suite 3600
St. Louis, MO 63101
Tel: (314) 241-4844
Fax: (314) 241-3525
stillery@koreintillery.com

Erik Haas
Peter W. Tomlinson
Philip R. Forlenza
Henry J. Ricardo
PATTERSON BELKNAP WEBB &
TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel: (212) 336-2000
Fax: (212) 336-2222
ehaas@pbwt.com
pwtomlinson@pbwt.com
pforlenza@pbwt.com
hjricardo@pbwt.com

*Attorneys for Plaintiff NCUA*

Date: January 29, 2016

/s/ Paul Mishkin
James P. Rouhandeh
Paul S. Mishkin
Daniel J. Schwartz
Joanna E. Geneve-Third
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
rouhandeh@davispolk.com
paul.mishkin@davispolk.com
daniel.schwartz@davispolk.com
joanna.geneve-third@davispolk.com

*Attorneys for Defendants Morgan Stanley & Co., Inc. and Morgan Stanley Capital I Inc.*